Dana M. Herberholz, ISB No. 7440
Jordan L. Stott, ISB No. 9820
DORSEY & WHITNEY, LLP
101 S. Capitol Boulevard, Suite 1100
Boise, ID 83702
Tel:  (208) 617-2550
Fax:  (208) 567-4992
Herberholz.Dana@dorsey.com
Stott.Jordan@dorsey.com

Brett L. Foster (*PHV* forthcoming)
Mark A. Miller (*PHV* forthcoming)
Elliot Hales (*PHV* forthcoming)
DORSEY & WHITNEY, LLP
111 S. Main St., Suite 2100
Salt Lake City, UT 84111
Tel: (801) 933-7360
Fax: (801) 933-7373
Foster.Brett@dorsey.com
Hales.Elliot@dorsey.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITY TACTICAL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EOTECH, LLC,<br><br>　　　　　Defendant. | Case No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff UNITY Tactical, LLC ("UNITY" or "Plaintiff") hereby brings the present action against Defendant EOTECH LLC ("EOTECH" or "Defendant") and alleges as follows:

## NATURE OF THE ACTION AND SUMMARY OF RELIEF SOUGHT

　　　1.　　This action has been filed by Plaintiff to address Defendant's importation, manufacture, use, sale, and/or offer of sale of the EOTECH HHS STC product ("Accused

Product"). The Accused Product practices one or more claims of UNITY's patent rights without license or permission, as described herein.  Plaintiff has been and continues to be irreparably harmed through Defendant's unlawful use of UNITY's patented technology, and UNITY seeks injunctive and monetary relief to address this unlawful use.

## PARTIES

2.      UNITY Tactical, LLC is a Louisiana limited liability company with a principal place of business at 1128 Petroleum Parkway, Broussard, LA 70518.

3.      EOTECH, LLC is a Michigan limited liability company with a principal place of business at 905 W Maple Rd., Clawson, MI 48017. As of February 2025, EOTECH has an established place of business in Orofino, Idaho.

## JURISDICTION AND VENUE

4.      This Court has original subject matter jurisdiction over the claims in this action pursuant to the Patent Act, 35 U.S.C. § 1, et seq., 28 U.S.C. § 1338(a) and (b), and 28 U.S.C. § 1331.

5.      EOTECH is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Idaho Long Arm Statute, due at least to its substantial business in this forum, including that EOTECH maintains an engineering tech center in Orofino, Idaho where, on information and belief, EOTECH maintains multiple year-round employees.  This engineering tech center is described by EOTECH as a "state-of-the-art workspace [to] provide research and development, engineering design and sustainment, testing, and prototype capabilities for all EOTECH product categories."

6.      On information and belief, without limitation, within this forum, EOTECH has made, used, tested, sold, or offered to sell the Accused Product described herein and thereby (as

described herein) engaged in acts of infringement in Idaho and in this District.  These activities are performed at least at EOTECH's Orofino, Idaho Engineering Tech Center.  EOTECH regularly conducts business in this forum at least from its Orofino facilities, and engages in other persistent courses of conduct in this forum. On information and belief, EOTECH derives substantial revenue from activities performed in Idaho.

7.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b) as EOTECH has committed acts of infringement in the District of Idaho and has an established place of business in the District of Idaho, including at least in Orofino, Idaho.

## FACTUAL BACKGROUND

8.      Plaintiff UNITY Tactical was formed to take on convention, ask "why," and then reinvent outdated products from the ground up. UNITY is well known in the firearms industry as a market-leading innovator and provider of weapons accessories allowing warfighters, law-enforcement officers, and civilians to optimize their performance and focus on their mission.

9.      UNITY has built this reputation based on its innovative, human-first approach to product design, and is a market-leader in optics mounts for handguns and tactical rifles.

10.      Commonly, a single optical device is mounted on a firearm for a particular use case, such as a telescopic sight on a hunting rifle.  But optical sighting devices can be mounted on guns, crossbows, and other devices to aid a user's perception of a target, and vary widely according to the use case in which the user will employ their weapon.

11.      In certain situations, however, a single optics device is not sufficient for a user's needs. In tactical environments, for example, a user may need of a combination of optical sighting devices configured for different use cases presented by an environment or tactical mission.

**COMPLAINT AND DEMAND FOR JURY TRIAL - 3**

12.    In tactical environments, a user may employ a rifle with two mounted optical sighting devices. For example, the user may mount a red-dot sight to a rifle for close-quarters targets, together with a separate magnifier to be used in combination with the red-dot sight to allow for accurate targeting of distant targets.  These needs may change in an instant, and only one of the two mounted optical sighting devices may be required (*e.g.*, to provide the red dot to the user, but not the magnification).

13.    Traditionally, users with need of two optical devices would mount their magnifier to a mount commonly referred to as a "flip-to-side" mount. When in use as a magnifier for a red-dot sight, the mount holds the magnifier over the barrel of the rifle and in line with the red-dot sight, presenting the user with a narrower and magnified field of vision, allowing the user to target more accurately a distant target.  When the user requires a wider field of vision for closer targets, the user will rotate (*i.e.,* "flip") the magnifier via a hinge in the magnifier's mount to the side of the rifle, allowing the user to sight a target with the red-dot sight's ordinary, wider and unmagnified field of view.

14.    Below are images of traditional flip-to-side optics mounts in the in-line (left) and side (right) positions.



15.    While this solution—one that dominated the market for decades—met certain of a user's fast-switching and multi-modal requirements, it presented several drawbacks that went

unaddressed in the industry for just as long. The foremost problem with this solution is that when the magnifier was switched to the side of the rifle, it would "stick out" from the body of the rifle and the optic and/or mount could easily become caught on an object brushing against the firearm, be it clothing, vegetation, or anything else. This entanglement hazard could cause the user to miss their target, to damage the sight or mount, or otherwise compromise a mission.

16.     Additionally, in this side position, the user's peripheral vision is obscured, and the glass of the magnifier presents a glinting hazard that is reduced or not present when the magnifier is inline with and obscured by the red-dot sight, potentially compromising the location of the user to prey or enemies.

17.     Trent Zimmer, founder of UNITY, decided to apply the UNITY innovation ethos to flip-to-side mounts, ask "why" the industry provided customers products with these persistent problems, and then try to develop a better solution.

18.     The fruits of Mr. Zimmer's efforts are today commercialized as UNITY's "Flip-to-Center" (shortened to "FTC" in product names) optics mounts. Some of these products are pictured below.



FAST™ FTC 4X
$710.00

FAST™ FTC OMNI
$279.00

FAST™ FTC 30MM
$279.00

19.     These first-of-their kind optics mounts solve the persistent problems in flip-to-side optics mounts. To achieve this, Mr. Zimmer envisioned raising the red-dot sight beyond the

industry standard 1.54" height above the rifle barrel to 2.26" above the barrel. With this additional clearance, Mr. Zimmer and UNITY were able to introduce products solving long-tolerated problems in flip-to-side mounts, while better accommodating other firearm use cases.

20.     The FTC optics mounts, like predecessor products, can be employed inline with a red-dot sight for use with distant targets, but when the user requires only the red-dot sight, they merely rotate the optics via the mount hinge *down* over the barrel, exposing and making available only the red-dot sight. This "center" stowed position obviates multiple problems of flip-to-side mounts—the optics no longer "stick out" to create an entanglement hazard, and now have a reduced likelihood of glinting.

21.     Below are images of the in-line (left) and center/stowed (right) positions of one of UNITY's FTC optics mounts.



22.     In recognition of UNITY's unique advancements in the field of optical sighting devices and mounts, the United States Patent & Trademark office awarded UNITY U.S. Patent No. 12,000,673 (the "'673 Patent"), U.S. Patent No. 12,287,178 (the "'178 Patent"), and U.S. Design Patent No. D995,701 (the "D'701 Patent"; collectively, the "Asserted Patents") for the inventions embodied in the UNITY FTC products, as well as other innovations. The '673 Patent

is attached to this Complaint as **EXHIBIT 1**, the '178 Patent is attached as **EXHIBIT 2**, and the D'701 Patent is attached as **EXHIBIT 3**.

23.     As the assignee, UNITY owns all right, title and interest in the Asserted Patents, and has the right to enforce each and to seek injunctive relief and damages for infringement, whether as lost profits or as a reasonable royalty.

## UTILITY PATENT INFRINGEMENT

24.     The claims of the '673 Patent and the '178 Patent generally relate to an improved pivot mount for securing an optical sighting device to a firearm. Claim 1, as a representative independent claim of the '673 Patent, recites innovations found in UNITY's FTC products:

> A pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the pivot mount comprising:
>
>> a base configured to releasably engage the mounting interface; and
>>
>> a sight support member rotatably coupled to the base;
>>
>> wherein the sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm, and a second position, in which the optical sight device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.

25.     Claim 4, as a representative independent claim of the '178 Patent, also recites innovations found in UNITY's FTC products:

> A pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the pivot mount comprising:
>
>> a base configured to releasably engage the mounting interface; and

a sight support member rotatably coupled to the base; wherein:

the sight support member includes a pivot portion rotatably connected to the base;

the pivot portion is configured to rotate about a horizontal axis that is parallel to the sighting axis of the firearm; and

the sight support member is configured to move an attached optical sighting device between a first position, in which the attached optical sighting device is in a use position, and a second position, in which the attached optical sighting device is in a storage position, both the first and the second positions being laterally offset to one side of the horizontal axis about which the pivot portion rotates, with the second position being vertically offset below the first position.

26.    At all times relevant to this action, UNITY is and has been making and selling UNITY FTC products that incorporate the inventions claimed in the Asserted Patents, including the FAST™ FTC 4X, FAST™ FTC OMNI, FAST™ FTC 30MM, and FAST™ FTC PA products, which UNITY has marked with the numbers of the Asserted Patents, at least via its website, a screenshot of which is included below.[1]



---

[1] *See, e.g.*, https://unitytactical.com/patents/.

**Defendant's Accused Product**

27.     EOTECH is a direct competitor of UNITY in the United States.

28.     EOTECH makes firearm accessories that include optical sighting devices and corresponding mounts.

29.     At least as early as January 2025, EOTECH began offering for sale the EOTECH HHS STC product in the United States.

30.     Like the UNITY FTC products embodying and protected by the Asserted Patents, the EOTECH HHS STC ("Switch-to-Center") products include each of the limitations of at least Claim 1 of the '673 Patent and at least Claim 4 of the '178 Patent.

31.     For example, as per Claim 1 of the '673 Patent, the Accused Product includes a pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm.



32.    The EOTECH HHS STC product includes a base configured to releasably engage the mounting interface (*e.g.*, via a cam that allows the user to selectively engage the mount to a MIL-STD 1913 rail).



33.    The Accused Product includes a sight support member rotatably coupled to the base.



34.    The sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm,



and a second position, in which the optical sight device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.



35.     As per Claim 4 of the '178 Patent, the Accused Product includes a pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm.



36.    The Accused Product includes a base configured to releasably engage the mounting interface.



37.    The Accused Product includes a sight support member rotatably coupled to the base.



38.    In the Accused Product, the sight support member includes a pivot portion rotatably connected to the base.



39.    In the Accused Product, the pivot portion is configured to rotate about a horizontal axis that is parallel to the sighting axis of the firearm.



40.    In the Accused Product, the sight support member is configured to move an attached optical sighting device between a first position, in which the attached optical sighting device is in a use position,



and a second position, in which the attached optical sighting device is in a storage position.



Second Position in which the attached optical sighting device is in a storage position

41. Both the first and the second positions are laterally offset to one side of the horizontal axis about which the pivot portion rotates, with the second position being vertically offset below the first position.



## DESIGN PATENT INFRINGEMENT

42.     In addition to the utility patents awarded for advancing the useful arts in this field, the USPTO recognized the distinctive design of the UNITY FTC products and issued a design patent to protect this valuable and distinctive design. Additionally, ordinary observers in the public sphere have recognized the distinctiveness of the UNITY FTC products and the similarity of the Accused Product.

| Patent Number | Claim | Unity Practicing Product | Issue Date |
|---|---|---|---|
| D995,701 |  |  | 8/15/23 |

43.     UNITY is the lawful assignee of all right, title and interest in and to the D'701 Patent.

44.     UNITY has not granted a license or any other permission to EOTECH with respect to the design protected by the D'701 Patent.

45.     Since the introduction of the Accused Product in at least January 2025,[2] EOTECH has marketed the Accused Product in direct competition with UNITY's FTC products.  For example, consumers have correctly characterized the Accused Product as "a [U]nity knockoff."[3]

46.     Consumers are correct to regard the EOTECH HHS STC products as a knockoff of UNITY's patent-protected design. As may be seen below, the design of the Accused Product is substantially similar to the patented design in the eye of the ordinary observer.

47.     The Accused Product infringes UNITY's rights protected by the D'701 Patent, as demonstrated below, without limitation.

| UNITY's D'701 Design Claim | EOTECH's Accused Product |
|---|---|
|  | |

---

[2] *See, e.g.*, https://www.instagram.com/p/DFGubNKyhkg/ (Gorilla Ammunition January 21, 2025 Instagram post showing operation of accused FTC mount with caption: "Come see us at SHOT show; booth 15223. Our flip to center mount is in the @eotech booth. It's like a scavenger hunt but way cooler.").

[3] https://www.reddit.com/r/ar15/comments/1d541j8/new_eotech_combo/.

48.     On information and belief, EOTECH was aware of UNITY's patent rights protecting the patent-marked UNITY FTC products—products which were on the market for years prior to the introduction of the accused EOTECH HHS STC product. Indeed, UNITY's patent rights were so well known even laypersons were shocked to see EOTECH's entrance into this patent-protected product space.[4]



49.     Nevertheless, EOTECH brought the Accused Product to market with knowledge and/or a reckless disregard of UNITY's patent rights, including its rights in the Asserted Patents.

50.     Counsel for UNITY will, concurrent with filing of this Complaint, send a cease-and-desist letter to Defendant informing it of its infringement of the Asserted Patents.  Any further

---

[4] *See* https://www.instagram.com/p/DFGubNKyhkg.

sale, offer of sale, use, testing, manufacture, or importation of the Accused Product will, similarly, be willful.

51.    At no time has UNITY given EOTECH permission, license, or authorization to use UNITY's patented technology, including the inventions claimed in the Asserted Patents.

52.    Defendant's use, sale, offer for sale, importation, and/or manufacture of the Accused Product demonstrates a deliberate and conscious decision to infringe the Asserted Patents, or at the very least a reckless disregard of UNITY's patent rights, and therefore constitute willful infringement.

53.    Despite having knowledge of UNITY's patent rights, EOTECH is likely to continue to willfully and deliberately infringe the Asserted Patents unless enjoined by this Court.

54.    Prior to EOTECH's infringement, UNITY was the sole provider of FTC/STC optics mount products in the United States.

55.    Since EOTECH's infringement began, UNITY has lost and continues to lose customers, market share, and goodwill as a result of Defendant's infringement.

56.    Defendant's manufacturing, marketing, offer of sale, and sale of the Accused Product is causing UNITY to compete against its own technology, thus irreparably harming UNITY by depriving UNITY of the exclusive use of its inventions, its reputation and goodwill as an innovator, expansion of its market share, and the ability to maintain desired prices for its products.  As one gun user has observed, EOTECH's unlicensed competition will result in this "market finally getting competitive."[5]

57.    Defendant's continued making, using, importing, selling, offering for sale, and distribution of the Accused Product has injured, is injuring, and will continue to cause irreparable

---

[5] https://www.reddit.com/r/ar15/comments/1d541j8/new_eotech_combo/.

injury to UNITY and UNITY's valuable patent rights, goodwill, reputation, and market share if not preliminarily and permanently enjoined.

## FIRST CLAIM FOR RELIEF
### Patent Infringement ('673 Patent)

58.    UNITY re-alleges and incorporates by this reference the preceding allegations of this Complaint.

59.    As set forth *supra*, the Accused Product contains each of the limitations of at least Claim 1 of the '673 Patent literally or by substantial equivalence.

60.    Defendant's actions as described above, and specifically Defendant's unauthorized domestic manufacture, use, importation, offers to sell, and/or sales of the Accused Product constitute direct infringement of at least Claim 1 of the '673 Patent under 35 U.S.C. § 271(a).

61.    Additionally, EOTECH, with knowledge of UNITY's patent rights, induces the direct infringement of its customers by selling the Accused Product to these customers, with instructions (*e.g.*, a "Quick-Start Guide" included with the Accused Products) for customers to mount the Accused Product to a firearm and use it in the two positions recited in each claim of the '673 Patent, and specifically intends for its customers to so use and thereby infringe the '673 Patent. Accordingly, EOTECH also induces infringement of at least claim 1 of the '673 Patent under 35 U.S.C. § 271(b) and is therefore secondarily liable for such infringement.

62.    Additionally, EOTECH, with knowledge of UNITY's patent rights, contributes to the direct infringement of its customers by selling the Accused Product to these customers, with instructions (*e.g.*, a "Quick-Start Guide" with the Accused Products) demonstrating that the primary and only substantial use of the product is to be mounted to a firearm and used in the two positions recited in each claim of the '673 Patent. On information and belief, EOTECH knows that this activity causes infringement of the '673 patent. The Accused Product is a material part of the

invention claimed in at least claim 1 of the '673 Patent. Accordingly, EOTECH also contributorily infringes at least claim 1 of the '673 Patent under 35 U.S.C. § 271(c) and is therefore secondarily liable for such infringement.

63.     Defendant's continued actions of making, using, importing, selling, offering for sale, and/or manufacturing the Accused Product are injuring and will cause irreparable injury to UNITY if not permanently enjoined.

64.     Defendant's continued actions of using, importing, selling, offering for sale, and/or manufacturing the Accused Product after having knowledge of the '673 Patent and UNITY's allegations of infringement demonstrate a deliberate and conscious decision to infringe the '673 Patent or, at the very least, a reckless disregard of UNITY's patent rights.

65.     UNITY is entitled to an injunction prohibiting Defendant from further making, importing, using, selling, or offering to sell the Accused Product without permission or license from UNITY under 35 U.S.C. § 283.

66.     UNITY is entitled to recover all damages caused by Defendant's infringement of the '673 Patent under 35 U.S.C. § 284.

67.     Given at least the willful nature of Defendant's conduct, UNITY is entitled to treble damages and attorneys' fees and costs incurred in this action, along with prejudgment interest under 35 U.S.C. §§ 284, 285.

## SECCOND CLAIM FOR RELIEF
### Patent Infringement ('178 Patent)

68.     UNITY re-alleges and incorporates by this reference the preceding allegations of this Complaint.

69.     As set forth *supra*, the Accused Product contains each of the limitations of at least Claim 4 of the '178 Patent literally or by substantial equivalence.

**COMPLAINT AND DEMAND FOR JURY TRIAL - 22**

70.     Defendant's actions as described above, and specifically Defendant's unauthorized domestic manufacture, use, importation, offers to sell, and/or sales of the Accused Product constitute infringement of at least Claim 4 of the '178 Patent under 35 U.S.C. § 271(a).

71.     Additionally, EOTECH, with knowledge of UNITY's patent rights, induces the direct infringement of its customers by selling the Accused Product to these customers, with instructions (*e.g.*, a "Quick-Start Guide" included with the Accused Products) for customers to mount the Accused Product to a firearm and use it in the two positions recited in at least claim 4 of the '178 Patent, and specifically intends for its customers to so use and thereby infringe the '178 Patent. Accordingly, EOTECH induces infringement of at least claim 4 of the '178 Patent under 35 U.S.C. § 271(b) and is therefore secondarily liable for such infringement.

72.     Additionally, EOTECH, with knowledge of UNITY's patent rights, contributes to the direct infringement of its customers by selling the Accused Product to these customers, with instructions (*e.g*., a "Quick-Start Guide" with the Accused Products) demonstrating that the primary and only substantial use of the product is to be mounted to a firearm and used in the two positions recited in at least claim 4 of the '178 Patent. On information and belief, EOTECH knows that this activity causes infringement of the '178 patent, desiring its customers to so infringe. The Accused Product is a material part of the invention claimed in at least claim 4 of the '178 Patent. Accordingly, EOTECH contributorily infringes at least claim 4 of the '178 Patent under 35 U.S.C. § 271(c) and is therefore secondarily liable for such infringement.

73.     Defendant's continued actions of making, using, importing, selling, offering for sale, and/or manufacturing the Accused Product are injuring and will cause irreparable injury to UNITY if not permanently enjoined.

74.    Defendant's continued actions of using, importing, selling, offering for sale, and/or manufacturing the Accused Product after having knowledge of the '178 Patent and UNITY's allegations of infringement demonstrate a deliberate and conscious decision to infringe the '178 Patent or, at the very least, a reckless disregard of UNITY's patent rights.

75.    UNITY is entitled to an injunction prohibiting Defendant from further making, importing, using, selling, or offering to sell the Accused Product without permission or license from UNITY under 35 U.S.C. § 283.

76.    UNITY is entitled to recover all damages caused by Defendant's infringement of the '178 Patent under 35 U.S.C. § 284.

77.    Given at least the willful nature of Defendant's conduct, UNITY is entitled to treble damages and attorneys' fees and costs incurred in this action, along with prejudgment interest under 35 U.S.C. §§ 284, 285.

### THIRD CLAIM FOR RELIEF
**Patent Infringement (D'701 Patent)**

78.    UNITY re-alleges and incorporates by this reference the preceding allegations of this Complaint.

79.    EOTECH makes, uses, advertises, offers to sell, and sells products that infringe directly the ornamental design claimed in the D'701 Patent under at least 35 U.S.C. §271(a).

80.    EOTECH has infringed the D'701 Patent through the aforesaid acts and will continue to do so unless enjoined by this Court. EOTECH's wrongful conduct has caused UNITY to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from using, selling, offering for sale and importing the patented inventions. EOTECH is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

**COMPLAINT AND DEMAND FOR JURY TRIAL - 24**

81.    UNITY is entitled to recover damages adequate to compensate for the infringement, including EOTECH's profits pursuant to 35 U.S.C. § 289. UNITY is entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1.    the Court permanently enjoin Defendant, its officers, directors, principals, agents, servants, employees, successors and assigns, and all others aiding, abetting, or acting in concert or active participation therewith, from making, using, importing, selling, and/or offering to sell the Accused Product and any other products that practice the inventions claimed in the Asserted Patents;

2.    the Court enter judgment against Defendant for infringement of the Asserted Patents under 35 U.S.C. § 271;

3.    the Court order that Defendant account to Plaintiff for all sales, revenues, and profits derived from the sale of the Accused Product, and that Defendant pay to Plaintiff all compensatory damages to which Plaintiff is entitled by law, including without limitation EOTECH's profits, UNITY's lost profits, reasonable royalties, price erosion damages, and/or convoyed sales damages;

4.    the Court find Defendant's infringement to be willful and award Plaintiff, against Defendant, trebled damages under 35 U.S.C. § 284;

5.    the Court declare this case to be exceptional and award Plaintiff, against Defendant, the costs and reasonable attorneys' fees and expenses incurred in this action pursuant to 35 U.S.C. § 285 and the equity powers of the Court;

6.      the Court award Plaintiff prejudgment interest against Defendant on all sums allowed by law; and

7.      the Court award Plaintiff such other and further relief as the Court may deem just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, UNITY requests a trial by jury in this matter.

DATED THIS 17th day of November, 2025.

DORSEY & WHITNEY LLP


By  <u>/s/ Dana M. Herberholz</u>
     Dana M. Herberholz
     Jordan L. Stott
     Brett L. Foster
     Mark A. Miller
     Elliot J. Hales

Attorneys for Plaintiff UNITY Tactical, LLC

# EXHIBIT 1
# (U.S. Patent No. 12,000,673)

US012000673B2

(12) **United States Patent**
Zimmer

(10) Patent No.: **US 12,000,673 B2**
(45) **Date of Patent:** **Jun. 4, 2024**

(54) **MOUNTS FOR OPTICAL SIGHTING DEVICES**

(71) Applicant: **Trent Zimmer**, Broussard, LA (US)

(72) Inventor: **Trent Zimmer**, Broussard, LA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/833,997**

(22) Filed: **Jun. 7, 2022**

(65) **Prior Publication Data**

US 2023/0143303 A1     May 11, 2023

**Related U.S. Application Data**

(62) Division of application No. 16/375,906, filed on Apr. 5, 2019.

(60) Provisional application No. 62/652,931, filed on Apr. 5, 2018.

(51) **Int. Cl.**
**F41G 11/00** (2006.01)
**F41G 1/26** (2006.01)

(52) **U.S. Cl.**
CPC .............. **F41G 11/007** (2013.01); **F41G 1/26** (2013.01)

(58) **Field of Classification Search**
CPC .......... F41G 11/00; F41G 11/007; F41G 1/00; F41G 1/46
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,405,580 A | * | 2/1922 | Green | F41G 1/033 42/139 |
| 3,742,636 A | * | 7/1973 | Dealy | F41G 1/00 42/143 |
| 3,961,423 A | * | 6/1976 | Hrebar | F41G 1/00 42/137 |
| 4,841,659 A | * | 6/1989 | Williams | F41G 1/10 D22/109 |
| 5,134,798 A | * | 8/1992 | Lee | F41G 11/003 42/114 |
| 5,806,228 A | * | 9/1998 | Martel | F41G 11/003 42/124 |
| 6,338,219 B1 | * | 1/2002 | Watson, Jr. | F41G 1/08 42/130 |
| 7,367,152 B2 | | 5/2008 | Samson | |
| 7,730,655 B2 | | 6/2010 | Spuhr | |
| 7,908,782 B1 | | 3/2011 | LaRue | |
| 8,297,164 B1 | * | 10/2012 | Mensch | F41A 7/06 89/1.4 |
| 8,424,234 B2 | | 4/2013 | Carlson | |
| 8,490,315 B2 | * | 7/2013 | Dueck | F41G 1/02 42/111 |
| 8,510,983 B2 | | 8/2013 | Larue | |
| 8,578,647 B2 | | 11/2013 | Storch et al. | |

(Continued)

OTHER PUBLICATIONS

Spuhr, Dual Position Accessory Mount [online], [retrieved on Apr. 5, 2019], Retrieved from the internet: <URL: https://www.spuhr.biz/dual-position-accessory-mount>.

*Primary Examiner* — Benjamin P Lee

(74) *Attorney, Agent, or Firm* — Asgaard Patent Services, LLC; F. Wayne Thompson, Jr.

(57) **ABSTRACT**

Disclosed are implementations of a pivot mount for an optical sighting device. A sight support member of the pivot mount is moveable between an operative position, in which an optical sighting device can be used to sight the firearm on a target, and an inoperative position, in which the optical sighting device is vertically offset below the operative position.

**6 Claims, 23 Drawing Sheets**



US 12,000,673 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,726,562 | B1 * | 5/2014 | Hoskisson | F41G 11/003 42/126 |
| 8,769,859 | B2 * | 7/2014 | Li | F41G 11/003 42/124 |
| 8,793,921 | B1 * | 8/2014 | Tonello | F41G 11/008 42/125 |
| D728,728 | S * | 5/2015 | Barfoot | D22/109 |
| RE45,724 | E * | 10/2015 | Dueck | F41G 1/02 |
| 9,372,049 | B2 * | 6/2016 | Cheng | F41G 1/30 |
| 9,417,034 | B1 * | 8/2016 | Swan | F41G 11/007 |
| 10,030,935 | B1 * | 7/2018 | Ding | F41G 1/17 |
| D851,203 | S * | 6/2019 | Ding | D22/109 |
| D852,920 | S * | 7/2019 | Ding | D22/109 |
| 10,634,456 | B1 * | 4/2020 | Fischer | F41G 11/003 |
| 10,921,079 | B1 * | 2/2021 | Full | F41A 17/38 |
| 10,989,499 | B2 * | 4/2021 | Connolly | F41G 1/17 |
| 11,067,365 | B2 * | 7/2021 | Roberson | F41G 1/16 |
| 11,365,954 | B2 * | 6/2022 | Gerber | F41G 11/003 |

| | | | | |
|---|---|---|---|---|
| 2006/0162227 | A1 * | 7/2006 | Samson | F41G 11/008 42/148 |
| 2008/0092421 | A1 | 4/2008 | Beckmann | |
| 2011/0296732 | A1 | 12/2011 | Carlson et al. | |
| 2012/0060402 | A1 * | 3/2012 | Dueck | F41G 1/02 42/137 |
| 2013/0160345 | A1 | 6/2013 | Li et al. | |
| 2013/0185985 | A1 * | 7/2013 | Ballard | F41G 11/003 42/148 |
| 2014/0123532 | A1 * | 5/2014 | Russ | F41G 1/38 42/113 |
| 2014/0137457 | A1 | 5/2014 | Collin et al. | |
| 2014/0150324 | A1 * | 6/2014 | Keng | F41G 1/30 42/118 |
| 2015/0345901 | A1 * | 12/2015 | Cheng | F41C 33/08 42/111 |
| 2016/0209176 | A1 * | 7/2016 | Zimmer | F41G 11/001 |
| 2018/0180386 | A1 * | 6/2018 | Keller | F41G 1/04 |
| 2022/0113114 | A1 * | 4/2022 | Humphries | F41G 1/01 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12





FIG. 13





FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23

US 12,000,673 B2

1

# MOUNTS FOR OPTICAL SIGHTING DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a divisional application claiming the benefit of U.S. patent application Ser. No. 16/375,906, filed on Apr. 5, 2019, which claims the benefit of U.S. Provisional Application Ser. No. 62/652,931, filed on Apr. 5, 2018, the entireties of both applications are incorporated herein by reference.

## TECHNICAL FIELD

This disclosure relates to mounts for optical sighting devices. In particular, the present disclosure is directed to implementations of an optical sight mount that includes an integrated backup sighting system, and to implementations of a pivot mount that permits an optical sighting device to be selectively employed in series with a primary optical sighting device.

## BACKGROUND

Firearms, such as rifles, are often used in conjunction with an optical sighting device, such as a reflex sight or a telescopic sight. While optical sighting devices are widely used by warfighters, police, and civilians as a primary sighting system, many users still desire to position mechanical sights on their firearm that serve as a backup sighting system should the primary sighting system fail. These mechanical sights, typically referred to as "iron sights", are often selectively adjustable by the user so that fired bullets strike as close as possible to a point of aim.

A rifle equipped with an optical sighting device, such as a reflex sight or a telescopic sight, is often used in combination with a secondary optical sighting device, such as a magnifier or a night vision device. These secondary optical sighting devices are usually positioned to enhance the capabilities of the primary sighting system (e.g., a magnifier used in conjunction with a reflex sight) or to serve as a backup sighting system should the primary fail, or otherwise be rendered inoperable (e.g., an optical sighting device, such as a reflex sight, that laterally offset from the primary optical sighting device, such as a telescopic sighting device).

It is often desirable to rapidly position a secondary optical sighting device, such as a magnifier, for use with a primary sighting system, such as a reflex sight. Similarly, it is desirable to rapidly reposition such a sighting deice out of the way, or remove it, when it is not needed. For those reasons, secondary optical sighting devices, such as magnifiers, are often positioned on a rifle by a mount that allows the optical sighting device to be selectively positioned behind (or in series with) the primary sighting system. Many of these mounts allow the secondary optical sighting device to be laterally offset while not being used. However, as will be discussed in greater detail below, mounts configured to laterally offset the optical sighting device when not in use have several disadvantages.

Accordingly, it can be seen that needs exist for the mounts for optical sighting devices disclosed herein. It is to the provision of mounts for optical sighting devices that are configured to address these needs, and others, that the present invention(s) are primarily directed.

## SUMMARY OF THE INVENTION

Disclosed are implementations of a pivot mount for an optical sighting device. A sight support member of the pivot mount is moveable between an operative position, in which an optical sighting device can be used to sight the firearm on a target, and an inoperative position, in which the optical sighting device is vertically offset below the operative position.

An example pivot mount comprises a base configured to releasably engage a mounting interface, and a sight support member rotatably coupled to the base. The sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm, and a second position, in which the optical sight device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.

Another example pivot mount comprises a base configured to releasably engage a mounting interface, and a sight support member rotatably coupled to the base.

The sight support member is configured to move a longitudinal axis of the optical sighting device between a first position, in which the optical sighting device is in a use position, and a second position, in which the optical sighting device is in a storage position, with both the first and the second positions being located substantially on a vertical plane that is substantially co-aligned with the sighting axis of the firearm.

Yet another example pivot mount comprises a base configured to releasably engage a mounting interface, and a sight support member rotatably coupled to the base. The sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is in an operative position, and a second position, in which the optical sighting device is in an inoperative position, with both the first and the second positions placing the optical sighting device over the mounting interface, and in which the second position is located below the first position.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an exploded view of an example optical sight mount with an integrated backup sighting system **100** according to the principles of the present disclosure.

FIG. **2** illustrates a back side view of the optical sight mount **100** shown in FIG. **1**, wherein an optical sighting device **105** has been secured thereto.

FIG. **3** illustrates a right side view of the optical sight mount **100** shown in FIG. **2**.

FIG. **4** illustrates an exploded view of an example pivot mount **200** for an optical sighting device according to the principles of the present disclosure.

FIG. **5** illustrates a back side view of the pivot mount **200** shown in FIG. **4**, wherein an attached optical sighting device **205** is in the operative position.

FIG. **6** illustrates a right side view of the pivot mount **200** shown in FIG. **5**.

FIGS. **7-9** illustrates the optical sight mount **100** shown in FIG. **2** and the pivot mount **200** shown in FIG. **5** positioned in tandem on the mounting interface **102** of a firearm; the optical sighting device **205** held by the pivot mount **200** is aligned with the sighting axis of the optical sighting device **105** secured to the optical sight mount **100**.

FIGS. **10-12** illustrates the optical sight mount **100** shown in FIG. **2** and the pivot mount **200** shown in FIG. **5** positioned in tandem on the mounting interface **102** of a firearm; the optical sighting device **205** held by the pivot

US 12,000,673 B2

3

mount **200** has been vertically offset from the sighting axis of the optical sighting device **105** secured to the optical sight mount **100**.

FIGS. **13** and **14** illustrates an exploded view of another example optical sight mount **300** according to the principles of the present disclosure.

FIG. **15** illustrates a top view of the optical sight mount **300** shown in FIGS. **13** and **14**.

FIG. **16** illustrates a back side view of the optical sight mount **300** shown in FIGS. **13** and **14**, wherein an optical sighting device **305** has been secured thereto.

FIG. **17** illustrates a right side view of the optical sight mount **300** shown in FIG. **16**.

FIGS. **18** and **19** illustrates an exploded view of yet another example optical sight mount **400** according to the principles of the present disclosure.

FIG. **20** illustrates a perspective view of the optical sight mount **400** shown in FIGS. **18** and **19**, wherein a telescopic sighting device **405** has been attached to the optical sight mount **400** by the scope rings **420** and another optical sighting device **490** has been secured to the laterally offset mount **460**.

FIG. **21** illustrates a back side view of the optical sight mount **400** shown in FIG. **20**.

FIG. **22** illustrates still yet another example optical sight mount **500** according to the principles of the present disclosure, wherein an attached optical sighting device **505** is in the operative position.

FIG. **23** illustrates the optical sight mount **500** shown in FIG. **22**, wherein the attached optical sighting device **505** is in the inoperative position.

Like reference numerals refer to corresponding parts throughout the several views of the drawings.

## DETAILED DESCRIPTION

FIGS. **1-3** illustrate an example implementation of an optical sight mount with an integrated backup sighting system **100** according to the principles of the present disclosure. The optical sight mount **100** is configured to position an optical sighting device **105** (e.g., a reflex sight such as an Aimpoint® CompM5, or a holographic sight) on a firearm (e.g., a rifle) so that it can be used to aim the firearm. Further, the backup sighting system can be used to aim the firearm should the optical sighting device **105** fail, or is otherwise be rendered inoperable.

FIGS. **4-6** illustrate an example implementation of a pivot mount **200** for optical sighting devices (e.g., a telescope or magnifier, a night vision device, a thermal imager, etc.) according to the principles of the present disclosure. In some implementations, the pivot mount **200** is moveable between an operative position wherein an optical sighting device **205** (e.g., an Aimpoint® magnifier) can be used to sight the firearm on a target (see, e.g., FIGS. **7-9**) and an inoperative position wherein the optical sighting device **205** is positioned below, or vertically offset from, the operative position (see, e.g., FIGS. **10-12**).

FIGS. **7-12** illustrate how the optical sight mount **100** and the pivot mount **200** may be used to position a pair of optical sighting devices **105**, **205** in tandem (or in series) on a firearm. In some implementations, when the pivot mount **200** is in the operative position, the secondary optical sighting device **205** may be used in conjunction with the primary optical sighting device **105** to aim the firearm at a target (see, e.g., FIGS. **7-9**). In some implementations, when the pivot mount **200** is in the inoperative position, the secondary optical sighting device **205** is removed from

4

behind the primary optical sighting device **105** which can still be used to aim the firearm at a target (see, e.g., FIGS. **10-12**).

In some implementations, an optical sighting device secured to the optical sight mount **100** and an optical sighting device secured to the pivot mount **200**, independent of the other, may be used to aim a firearm.

As shown in FIGS. **1-3**, in some implementations, the optical sight mount **100** may comprise a base **110** configured to be secured to, or removed from, a mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail); a mounting surface **120** configured so that an optical sighting device **105** can be secured thereon; and a backup sighting system positioned within a longitudinally extending sight channel **130** located between the base **110** and the mounting surface **120**. In some implementations, the body **107** of the optical sight mount **100** may be substantially rectangular-shaped.

As shown in FIGS. **1** and **2**, in some implementations, the base **110** of the optical sight mount **100** may comprise a moveable clamp member **112** that can be moved into and out of engagement with the mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail) by a pair of bolts **114**. In this way, the optical sight mount **100** can be secured and retained on the mounting interface **102** of a firearm (see, e.g., FIGS. **7** and **8**). In some implementations, the clamp member **112** is connected to the base **110** by bolts **114**, each of which is threaded at its end to permit adjustment of the distance between the receiving groove **116** of the base **110** and the receiving groove **112a** of the clamp member **112**. In some implementations, the receiving groove **116** of the base **110** and the receiving groove **112a** of the clamp member **112** are configured to receive opposing portions of the mounting interface **102** therein.

The clamping mechanism used to secure the base **110** of an optical sight mount **100** to a mounting interface **102** of a firearm is not critical to the design of the present invention. Therefore, the base **110** of an optical sight mount **110** could be configured to include another clamping mechanism, known to one of ordinary skill in the art, that is capable of releasably securing the optical sight mount **100** to the mounting interface **102** of a firearm (e.g., an embodiment of the locking release clamp assembly disclosed in U.S. Pat. No. 8,578,647 to Troy Storch et al.).

As shown in FIG. **1**, in some implementations, the mounting surface **120** of the optical sight mount **100** may comprise a relief (or channel) configured to receive at least a portion of an optical sighting device **105** therein. In some implementations, the mounting surface **120** may not include a relief (not shown). In some implementations, the mounting surface **120** may be configured (e.g., contoured, shaped, etc.) to interface with the mount compatible surface (e.g., the bottom side) of any suitably configured optical sighting device. In some implementations, the mounting surface **120** may include one or more openings **122** that extend therethrough. In this way, fasteners **124** (e.g., screws) may be used to secure an optical sighting device **105** to the mounting surface **120** of the optical sight mount **100**. In some implementations, the mounting surface **120** may include at least one recoil lug **126** thereon. In some implementations, each recoil lug **126** may be a projection extending from the mounting surface **120** of the optical sight mount **100** that is configured to interface with a receptacle in the underside of the optical sighting device **105**. In this way, an attached optical sighting device may be prevented from sliding back-and-forth due to the incidental vibration associated

US 12,000,673 B2

5

with the discharge of a firearm. In some implementations, the mounting surface **120** may not have a recoil lug **126** thereon.

As shown in FIGS. **1** and **2**, in some implementations, the backup sighting system may comprise a windage adjustable rear sight assembly and an elevation adjustable front sight assembly that are positioned within the longitudinally extending sight channel **130** of the optical sight mount **100**. In some implementations, the backup sighting system may be used to aim a firearm in lieu of the optical sighting device **105**.

As shown in FIG. **1**, in some implementations, the rear sight assembly may include a windage adjustable rear sight **132** positioned within a slot of the longitudinally extending sight channel **130** by a windage adjustment screw **136** that extends therethrough. In some implementations, the rear sight **132** defines a sighting aperture, but could be configured to provide a notch. In some implementations, the windage adjustment screw **136** includes an adjustment knob **138** (or head) that has a partially threaded shaft extending therefrom. In some implementations, the shaft of the windage adjustment screw **136** extends through the optical sight mount **100** via an opening **137** in the body **107** of the optical sight mount **100**. In some implementations, the windage adjustment screw **136** may be fixed in positioned by a capture pin **139**, or other suitable fastener, extending through an opening **128** in the body **107** of the optical sight mount **100** to interface with a circumferential groove **136a** on an end thereof. In some implementations, a wave spring **140** may be positioned about, or adjacent to, the circumferential groove **136** of the windage adjustment screw **100** to provide tension thereto. In some implementations, the adjustment knob **138** of the windage adjustment screw **136** includes detent cavities **138a** about the periphery thereof that interface with a detent ball **142** biased by a detent spring **144** housed within a transverse bore **146** in the optical sight mount **100**. In this way, the adjustment knob **138** may be kept from unintentionally rotating. In some implementations, the detent ball **142** and detent spring **144** may be held within the transverse bore **146** by a set screw **147**, or other suitable fastener. In some implementations, rotating the adjustment knob **138** clockwise and counterclockwise causes the rear sight **132** to move laterally, within the sight channel **130**, on the threaded shaft of the windage adjustment screw **136**. In this way, windage adjustments may be made.

As shown in FIGS. **1** and **2**, in some implementations, the front sight assembly may include a threaded front sight **134** positioned within the longitudinally extending sight channel **130** so that the post portion **134a** thereof can be aligned with the aperture of the rear sight **132**. In some implementations, the front sight **134** may include a socket in the underside thereof (not shown) that is configured to receive an end of a hex key therein. In some implementations, a hex key may be used to rotate the front sight **134** clockwise and counterclockwise, thereby moving the post portion **134a** up and down within the sight channel **130**. In this way, elevation adjustments may be made. In some implementations, once the desired elevation of the front sight post **134a** has been set, a capture screw **148** may be used to secure the front sight **134** against unintentional rotation. In some implementations, the capture screw **148** may be configured so that an end thereof bears against the threaded portion **134b** of the threaded front sight **134**.

In some implementations, the front sight assembly may be omitted from the optical sight mount **100** and the rear sight

6

assembly thereof used in conjunction with a front sight mounted above (e.g., on the handguard), or to, the barrel to aim a firearm (not shown).

As shown in FIGS. **7** and **8**, in some implementations, the optical sight mount **100** may be configured to position the optical sighting device **105** so that the centerline thereof is ~2.26" above the top of the mounting interface **102** on which it is mounted. In some implementations, the optical sight mount **100** may be configured to position the optical sighting device **105** so that the centerline thereof is less than, or more than, 2.26" above the top of the mounting interface **102** on which it is mounted (not shown).

In some implementations, the body **107** of the optical sight mount **100** may be made of aluminum, or another material that is suitably wear and impact resistant.

In some implementations, one or more components of the backup sighting system may be made of aluminum, steel, or another material that is suitably wear and impact resistant.

As shown in FIGS. **4-6**, in some implementations, the pivot mount **200** for optical sighting devices may comprise a base **210** that can be secured to, or removed from, a mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail); and a sight support member **226**, rotatably coupled to the base **210**, that is configured to move an attached optical sighting device **205** between an operative position (see, e.g., FIGS. **7-9**) and an inoperative position (see, e.g., FIGS. **10-12**). In some implementations, the pivot mount **200** may be configured so that the sight support member **226** moves the attached optical sighting device **205** between two positions on the same, or substantially the same, vertical plane. In this way, when in the operative position and the inoperative position, the optical sighting device **205** is positioned directly above the mounting interface **102** of a firearm on which it is mounted (see, e.g., FIGS. **9** and **12**).

As shown in FIG. **5**, in some implementations, the base **210** of the pivot mount **200** may be shaped for mounting on a MIL-STD-1913 rail (also referred to as a Pica tinny rail). In some implementations, the base **210** of the pivot mount **200** may comprise a clamp member **212** that can be moved into and out of engagement with the mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail) by a lever arm **214**. The general features and advantages of a base **210** having the clamp member **212** and lever arm **214** disclosed herein are described in connection with one or more embodiments of the locking release clamp assembly disclosed in U.S. Pat. No. 8,578,647 to Troy Storch et al., the entirety of which is incorporated herein by reference.

The clamping mechanism used to secure the base **210** of a pivot mount **200** to a mounting interface **102** of a firearm is not critical to the design of the present invention. Therefore, the base **210** of a pivot mount **200** could be configured to include another clamping mechanism, known to one of ordinary skill in the art, that is capable of securing the pivot mount **200** to the mounting interface **102** of a firearm (e.g., the clamping mechanism shown in connection with the optical sight mount shown in FIGS. **1-3**).

As shown in FIG. **4**, in some implementations, a pair of spaced pivot bosses **216**, **218** project upwardly from the base **210** of the pivot mount **200**. In some implementations, each pivot boss **216**, **218** includes a bore **216a**, **218a** into which a portion of a pivot pin **220** extends. In some implementations, the pivot pin **220** includes a head that has a partially threaded shaft extending therefrom. In some implementations, the head portion of the pivot pin **220** is nested within the bore **216a** of the first pivot boss **216**, while the threaded portion of the shaft is secured within the threaded bore **218a**

US 12,000,673 B2

7

of the second pivot boss **218**. In some implementation, the pivot bosses **216**, **218** define a space, or gap **224**, therebetween.

As shown in FIGS. **4** and **6**, in some implementations, the sight support member **226** may comprise a pivot portion **228** and a sight attachment device **230** configured to fit closely about a cylindrical barrel portion of the optical sighting device **205**.

As shown in FIGS. **4-6**, in some implementations, the pivot portion **228** of the sight support member **226** is configured to be rotatably positioned between the pivot bosses **216**, **218** of the base **210** and held there by the pivot pin **220**. In some implementations, a bore **229** extends through the pivot portion **228** of the sight support member **226** that is configured to accommodate the unthreaded portion of the pivot pin **220** shaft. In this way, while the pivot pin **220** is holding the pivot portion **229** of the sight support member **226** in position between the pivot bosses **216**, **218** of the base **210**, the sight support member **226** can rotate about the unthreaded portion of the pivot pin **220** shaft.

As shown in FIGS. **4** and **6**, in some implementations, the sight attachment device **230** of the sight support member **226** may define ring sections **234**a, **234**b that define a generally cylindrical opening **236** sized to fit closely about the cylindrical barrel portion of the optical sighting device **205**. In some implementations, the ring sections **234**a, **234**b of the sight attachment device **230** may define a gap **238** therebetween. In some implementations, screws **240**, or other suitable fasteners, may be received within openings **242** in the sight support member **224** and tightened to draw the portions of the ring sections **234**a, **234**b adjacent the gap **238** towards one another, thereby developing a clamping force sufficient to secure the optical sighting device **205** against inadvertent movement within the cylindrical opening **236**. In some implementations, the ring sections **234**a, **234**b are somewhat flexible even through they are fabricated from a metal material such as aluminum, or another suitably flexible metal alloy (e.g., a steel alloy, a titanium alloy, etc.).

In some implementations, the sight attachment device **230** of the sight support member **226** may be configured to accommodate different optical sighting devices (e.g., a night vision device and/or a thermal imager) being secured thereto (not shown).

As shown in FIG. **4**, in some implementations, the pivot mount **200** further comprises a pair of spring-loaded ball detents **246** configured to releasably retain the sight support member **226** in the operative position (see, e.g., FIGS. **7-9**) and the inoperative position (see, e.g., FIG. **10-12**). In some implementations, each ball detent **246**, and the spring **248** used to bias it into position, is carried in the pivot portion **228** of the sight support member **226**. In some implementations, each ball detent **246** is received in a pair of corresponding recesses **252** formed in a detent plate **250** positioned on the interior side of each pivot boss **216**, **218**. In this way, due to the resistance provided by the ball detents **246** being held in frictional engagement with a recess of each detent plate **250**, the spring-loaded ball detents **246** are able to secure the sight support member **226** in the operative position (see, e.g., FIGS. **7-9**) and the inoperative position (see, e.g., FIG. **10-12**). The movement of the sight support member **226** relative to the base **210** and the mounting interface **102** can be accomplished without manipulation of a latch, lever, or other similar device. In some implementations, the detent plate **250** may include a guide groove that connects the pair of recesses **252** defined thereby. The guide groove is configured to facilitate the smooth transition of a ball detent **246** between recesses **252**. In some implemen-

8

tations, the backside of each detent plate **250** may include two cylindrical bosses **254** that are received by corresponding openings **256** found on the interior side of each pivot boss **216**, **218**. In this way, a detent plate **250** may be positioned on the interior side of each pivot boss **216**, **218** to interface with the spring-loaded ball detents **246**. In some implementations, each detent plate **250** may be made of steel, or another suitably wear resistant material, instead of aluminum. This should increase the service life of the part.

In some implementations, the base **210** and the sight support member **226** of the pivot mount **200** may be made of aluminum, or another material that is suitably wear and impact resistant.

It should be noted that keeping the optical sighting device **205** positioned above the mounting interface **102** of a firearm when not in use (i.e., the inoperative position) offers several advantages over other pivot mounts in which the optical sighting device, when not in use, is laterally offset from the mounting interface. For example, as compared to a laterally offset optical sighting device, the front lens of the optical sighting device **205** is less likely to impact another object, the optical sighting device **205** is less likely to tangle or get hung up on environmental obstacles during use, and the optical sighting device **205** does not obstruct the peripheral vision of the operator using the firearm to which the pivot mount **200** is attached.

In some implementations, a pivot mount could be configured so that the pivot point between the sight support member and the base is perpendicular to the longitudinal axis of the firearm on which the pivot mount is secured. In this way, an attached optical sighting device would travel along a longitudinally extending vertical plane when moved between the operative position and the inoperative position.

FIGS. **13-17** illustrate another example implementation of an optical sight mount **300** according to the principles of the present disclosure. In some implementations, the optical sight mount **300** is similar to the optical sight mount **100** discussed above but comprises a base **310** configured to be secured to, or removed from, a mounting interface of a firearm (e.g., a MIL-STD-1913 rail); a mounting surface **320** configured so that an optical sighting device **305** can be secured thereon; and a laterally offset rear sight module **360** that is removably secured to a side of the optical sight mount **300**.

As shown in FIGS. **13** and **14**, in some implementations, the base **310** of the optical sight mount **300** may be similar to the base **110** of the optical sight mount **100** shown in FIGS. **1-3**, but has been configured so that the bolts **314**, used to move the clamp member **312** into and out of engagement with the mounting interface of a firearm, can be used to secured the rear sight module **360** to a side of the optical sight mount **300**.

As shown in FIGS. **13-15**, in some implementations, the mounting surface **310** of the optical sight mount **300** may be a rail interface (e.g., a MIL-STD-1913 rail or "Pica tinny rail"). In this way, an optical sighting device **305** (e.g., a holographic sight such as an EOTech® weapon sight) may be secured thereon (see, e.g., FIG. **16**).

As shown in FIGS. **13** and **14**, in some implementations, the rear sight module **360** may comprise a base **362** configured to interface with receptacles **364** in the side of the optical sight mount **300**; and a windage adjustable rear sight assembly **366**. In some implementations, independent of the bolts **314** used to move the clamp member **312** into and out of engagement with the mounting interface of a firearm, the rear sight module **360** may be independently secured to the side of the optical sight mount **300** by a screw **368**, or other

US 12,000,673 B2

9

10

suitable fastener. In this way, the rear sight module 360 remains fixed to the side of the optical sight mount 300 when the bolts 314 are loosened.

As shown in FIGS. 13 and 14, in some implementations, the base 362 of the rear sight module 360 may include two bosses 370 extending therefrom that are configured to be received within corresponding receptacles 364 located on the side of the optical sight mount 300. In some implementations, each boss 363 extending from the base 362 may have a cylindrical shape, but could be any shape suitable for being received by the corresponding receptacle 364. In some implementations, an opening 372 may extend through the base 362 of the rear sight module 360 for each bolt 314 used to secure it to the interface (i.e., receptacles 364) on the side of the optical sight mount 300. In some implementations, one of these openings 372 may extend through each boss 363 of the base 362.

As shown in FIGS. 13 and 17, the rear sight assembly 366 includes a windage adjustable rear sight 374 that is configured to fold. In some implementations, the rear sight 374 may not be configured to fold. In some implementations, the rear sight 374 defines a sighting aperture, but could be configured to provide a notch. Similar to the windage adjustable rear sight 132 shown in FIGS. 1-3, the rear sight 374 may be positioned on the rear sight module 360 by a windage adjustment screw that includes an adjustment knob 376 (or head) (see, e.g., FIG. 17). Likewise, rotating the adjustment knob 376 clockwise and counterclockwise causes the rear sight 374 to move laterally, within the sight channel 330, on the threaded shaft of the windage adjustment screw.

As shown best in FIG. 16, the rear sight module 360 is 45 degrees offset from the top 320a of the mounting surface 320, but the degree of lateral offset could be more, or less, than 45 degrees. Typically, the rear sight 374 of the rear sight assembly 366 would be used in conjunction with an offset front sight assembly, well known to those of ordinary skill in the art, to aim the firearm on which the optical sight mount 300 is secured.

In some implementations, similar to the optical sight mount 100 shown in FIGS. 1-3, the optical sight mount 300 could be used in conjunction with one or more implementations of the pivot mount 200 shown in FIGS. 4-6.

FIGS. 18-21 illustrate yet another example implementation of an optical sight mount 400 according to the principles of the present disclosure. In some implementations, the optical sight mount 400 is similar to the optical sight mount 300 discussed above, but comprises a base 410 configured to be secured to, or removed from, a mounting interface of a firearm; scope rings 420 that are configured to receive and engage with a telescopic sighting device 405; and a laterally offset mount 460 for an optical sighting device 490 (e.g., a reflex type sight such as a Trijicon RMR®).

As shown in FIGS. 18-21, in some implementations, the base 410 of the optical sight mount 400 is the same as, or similar to, the base 310 discussed above in connection with the optical sight mount 300 shown in FIGS. 13-17.

As shown in FIGS. 18 and 19, in some implementations, the scope rings 420 extend from a longitudinally extending bridge 423 which may be an integral portion of the base 410. While conventional scope rings 420 are shown and described, the scope rings 420 could be replaced by any conventional attachment device, known to one of ordinary skill in the art, suitable for securing an optical sighting device to the optical sight mount 400.

As shown in FIG. 19, in some implementations, the lower half 425 of each scope ring 420a, 420b extends from the bridge 423 of the optical sight mount 400. In some implementations, the upper half 427 of each scope ring 420a, 420b is secured to the lower half 425 by screws, or other suitable fasteners. In some implementations, when the screws are tightened, the upper half 427 and the lower half 425 of a scope ring 420a, 420b are drawn together, thereby developing a clamping force sufficient to secure the telescopic sighting device 405 against longitudinal and rotational movement (see, e.g., FIG. 20).

As shown in FIGS. 18 and 19, in some implementations, the laterally offset mount 460 may comprise a base 462 configured to interface with receptacles 464 in the side of the optical sight mount 400; and a mounting surface 480 configured so that an optical sighting device 490 can be secured thereon.

As shown in FIGS. 18-21, in some implementations, the base 462 of the laterally offset mount 460 may be the same as, or similar to, the base 362 of the rear sight module 360 shown in FIGS. 13-17. As a result, the rear sight module 360 and the laterally offset mount 460 may be interchangeably secured to the interface (i.e., the receptacles 364, 464) located on the side of an optical sighting mount 300, 400. This allows a user to select the auxiliary sighting module (i.e., a rear sight module 360 or a laterally offset mount 460 with an optical sighting device secured thereon) that best suits their needs.

As shown in FIGS. 20 and 21, in some implementations, the mounting surface 480 of the laterally offset mount 460 may be configured (e.g., contoured, shaped, etc.) to interface with the mount compatible surface (e.g., the bottom side) of any suitably configured optical sighting device. In some implementations, the mounting surface 480 may include one or more threaded openings 482 therein. In this way, fasteners (not shown) may be used to secure the optical sighting device 490 to the mounting surface 480 of the laterally offset mount 460. In some implementations, the mounting surface 480 may include one or more recoil lugs 426 thereon. In some implementations, each recoil lug 426 may be a projection extending from the mounting surface 480 of the laterally offset mount 460 that is configured to interface with a receptacle in the underside of the optical sighting device 490. In this way, the optical sighting device 490 may be prevented from sliding back-and-forth due to the incidental vibration associated with the discharge of a firearm. In some implementations, the mounting surface 480 may not have a recoil lug 426 thereon.

FIGS. 22 and 23 illustrate still yet another example implementation of an optical sight mount 500 according to the principles of the present disclosure. In some implementations, the optical sight mount 500 is similar to the pivot mount 200 discussed above but comprises a base 510 configured to be secured to, or removed from, a mounting interface of a firearm (e.g., a MIL-STD-1913 rail); and a sight support member 526, slidably coupled to the base 510, that is configured to move an attached optical sighting device 505 (e.g., an Aimpoint® magnifier) between an operative position (see, e.g., FIG. 22) and an inoperative position (see, e.g., FIG. 23).

In some implementations, the sight support member 526 of the optical sight mount 500 is moveable between an operative position wherein an optical sighting device 505 can be used to sight the firearm on a target and an inoperative position wherein the optical sighting device 505 is positioned below, or vertically offset from, the operative position. In some implementations, the optical sight mount 500 may be configured so that the sight support member 526 linearly moves the attached optical sighting device 505

US 12,000,673 B2

11

between two positions on the same, or substantially the same, vertical plane. In this way, when in the operative position and the inoperative position, the optical sighting device **505** is positioned above the mounting interface of a firearm on which it is mounted.

In some implementations, the base **510** of the optical sight mount **500** may be the same as, or similar to, the base **210** described in connection with the pivot mount **200** shown in FIGS. **4-6**.

In some implementations, the sight support member **526** may be configured to receive and secure the optical sighting device **505**. In some implementations, the sight support member **526** may include an opening configured to secure about the cylindrical barrel portion of the optical sighting device **505** (see, e.g., FIG. **22**).

As shown in FIGS. **22** and **23**, in some implementations, the sight support member **526** may be configured to slide up and down on vertically oriented posts **528** extending from the base **520**. In some implementations, one or more spring-loaded detents may be used to releasably retain the sight support member **226** in the operative position (see, e.g., FIG. **22**) and the inoperative position (see, e.g., FIG. **23**). It should be understood that, in some implementations, any releasable fastening mechanism known to one of ordinary skill in that art, that is suitable for us as part of an optical sight mount **500**, could be used in lieu of spring-loaded detents.

In some implementations, similar to the pivot mount **200**, the optical sight mount **500** could be used in conjunction with one or more implementations of the optical sight mounts **100**, **300** shown in FIGS. **1-3** and **13-15**.

Reference throughout this specification to "an embodiment" or "implementation" or words of similar import means that a particular described feature, structure, or characteristic is included in at least one embodiment of the present invention. Thus, the phrase "in some implementations" or a phrase of similar import in various places throughout this specification does not necessarily refer to the same embodiment.

Many modifications and other embodiments of the inventions set forth herein will come to mind to one skilled in the art to which these inventions pertain having the benefit of the teachings presented in the foregoing descriptions and the associated drawings.

The described features, structures, or characteristics may be combined in any suitable manner in one or more embodiments. In the above description, numerous specific details are provided for a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that embodiments of the invention can be practiced without one or more of the specific details, or with other methods, components, materials, etc. In other instances, well-known structures, materials, or operations may not be shown or described in detail.

While operations are depicted in the drawings in a particular order, this should not be understood as requiring that such operations be performed in the particular order shown or in sequential order, or that all illustrated operations be performed, to achieve desirable results.

12

The invention claimed is:

**1**. A pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the pivot mount comprising:

a base configured to releasably engage the mounting interface; and

a sight support member rotatably coupled to the base;

wherein the sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm, and a second position, in which the optical sighting device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.

**2**. The pivot mount of claim **1**, wherein the sight support member further comprises a sight attachment device configured to secure the optical sighting device to the sight support member.

**3**. A pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the pivot mount comprising:

a base configured to releasably engage the mounting interface; and

a sight support member rotatably coupled to the base;

wherein the sight support member is configured to move a longitudinal axis of the optical sighting device between a first position, in which the optical sighting device is in a use position, and a second position, in which the optical sighting device is in a storage position, with both the first and the second positions being located substantially on a vertical plane that is substantially co-aligned with the sighting axis of the firearm.

**4**. The pivot mount of claim **3**, wherein the sight support member further comprises a sight attachment device configured to secure the optical sighting device to the sight support member.

**5**. A pivot mount for securing an optical sighting device to a mounting interface of a firearm, the pivot mount comprising:

a base configured to releasably engage the mounting interface; and

a sight support member rotatably coupled to the base;

wherein the sight support member is configured to move the optical sighting device between a first position, in which the optical sighting device is in an operative position, and a second position, in which the optical sighting device is in an inoperative position, with both the first and the second positions placing the optical sighting device over the mounting interface, and in which the second position is located below the first position.

**6**. The pivot mount of claim **5**, wherein the sight support member further comprises a sight attachment device configured to secure the optical sighting device to the sight support member.

\* \* \* \* \*

# EXHIBIT 2
# (U.S. Patent No. 12,287,178)

US012287178B2

(12) **United States Patent**
Zimmer

(10) Patent No.: **US 12,287,178 B2**
(45) Date of Patent: **Apr. 29, 2025**

(54) **MOUNTS FOR OPTICAL SIGHTING DEVICES**

(71) Applicant: **Trent Zimmer**, Broussard, LA (US)

(72) Inventor: **Trent Zimmer**, Broussard, LA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/234,919**

(22) Filed: **Aug. 17, 2023**

(65) **Prior Publication Data**

US 2023/0417510 A1    Dec. 28, 2023

**Related U.S. Application Data**

(62) Division of application No. 16/375,906, filed on Apr. 5, 2019, now Pat. No. 12,050,083.

(60) Provisional application No. 62/652,931, filed on Apr. 5, 2018.

(51) **Int. Cl.**
**F41G 11/00**        (2006.01)
**F41G 1/26**          (2006.01)

(52) **U.S. Cl.**
CPC .............. **F41G 11/007** (2013.01); **F41G 1/26** (2013.01)

(58) **Field of Classification Search**
CPC .......... F41G 11/00; F41G 11/007; F41G 1/00; F41G 1/46
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 944,916 A | * | 12/1909 | Shepard | ................. G02B 23/14 356/247 |
| 1,405,580 A | * | 2/1922 | Green | ...................... F41G 1/04 42/139 |
| 2,629,175 A | * | 2/1953 | Merritt | .................. F41G 11/008 42/128 |
| 2,639,507 A | * | 5/1953 | Pachmayr | ............... F41G 11/008 42/128 |
| 3,226,868 A | * | 1/1966 | Mahoney | .............. F41G 11/008 42/128 |
| 3,742,636 A | * | 7/1973 | Dealy | ...................... F41G 1/00 42/143 |
| 3,961,423 A | * | 6/1976 | Hrebar | ...................... F41G 1/00 42/137 |
| 4,841,659 A | * | 6/1989 | Williams | .................. F41G 1/10 D22/109 |

(Continued)

OTHER PUBLICATIONS

Spuhr, Dual Position Accessory Mount [online], [retrieved on Apr. 5, 2019], Retrieved from the internet: <URL: https://www.spuhr.biz/dual-position-accessory-mount>.

*Primary Examiner* — Benjamin P Lee
(74) *Attorney, Agent, or Firm* — Asgaard Patent Services, LLC; F. Wayne Thompson, Jr.

(57)        **ABSTRACT**

Disclosed are implementations of a pivot mount for an optical sighting device. A sight support member of the pivot mount is moveable between an operative position, wherein an optical sighting device can be used to sight the firearm on a target, and an inoperative position, wherein the optical sighting device is positioned below, and vertically offset from, the operative position. Also disclosed is an optical sight mount that includes a sight support member slidably coupled to the base. The sight support member is moveable between an operative position, wherein an optical sighting device can be used to sight the firearm on a target, and an inoperative position, wherein the optical sighting device is positioned below, and vertically offset from, the operative position.

**5 Claims, 23 Drawing Sheets**



**US 12,287,178 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,134,798 | A | * | 8/1992 | Lee ...................... F41G 11/003 42/114 |
| 5,806,228 | A | * | 9/1998 | Martel ................ F41G 11/003 42/124 |
| 6,338,219 | B1 | * | 1/2002 | Watson, Jr. ............ F41G 1/08 42/130 |
| 6,886,288 | B1 | * | 5/2005 | Yocum ................ F41G 11/003 42/127 |
| 7,367,152 | B2 | | 5/2008 | Samson |
| 7,730,655 | B2 | | 6/2010 | Spuhr |
| 7,908,782 | B1 | | 3/2011 | LaRue |
| 8,297,164 | B1 | * | 10/2012 | Mensch .................... F41A 7/06 89/1.4 |
| 8,424,234 | B2 | | 4/2013 | Carlson |
| 8,490,315 | B2 | * | 7/2013 | Dueck .................... F41G 1/02 42/111 |
| 8,510,983 | B2 | | 8/2013 | Larue |
| 8,578,647 | B2 | | 11/2013 | Storch et al. |
| 8,726,562 | B1 | * | 5/2014 | Hoskisson ............ F41G 11/003 42/126 |
| 8,769,859 | B2 | * | 7/2014 | Li .................... F41G 11/001 42/124 |
| 8,793,921 | B1 | * | 8/2014 | Tonello .............. F41G 11/008 42/125 |
| 8,935,875 | B2 | * | 1/2015 | Collin ................ F41G 11/003 42/124 |
| D728,728 | S | * | 5/2015 | Barfoot .................... D22/109 |
| RE45,724 | E | * | 10/2015 | Dueck .................... F41G 1/02 |
| 9,372,049 | B2 | * | 6/2016 | Cheng .................... F41G 1/30 |
| 9,417,034 | B1 | * | 8/2016 | Swan .................... F41G 1/17 |
| 9,551,549 | B1 | * | 1/2017 | Chvala .................... F41C 7/00 |
| 10,030,935 | B1 | * | 7/2018 | Ding .................... F41G 1/17 |
| D851,203 | S | * | 6/2019 | Ding .................... D22/109 |
| D852,920 | S | * | 7/2019 | Ding .................... D22/109 |
| 10,634,456 | B1 | * | 4/2020 | Fischer ............ F41G 11/003 |
| 10,670,374 | B2 | * | 6/2020 | Storch ................ F41C 27/00 |
| 10,921,079 | B1 | * | 2/2021 | Full .................... F41A 17/38 |
| 10,989,499 | B2 | * | 4/2021 | Connolly ............ F41G 11/008 |
| 11,067,365 | B2 | * | 7/2021 | Roberson .............. F41G 1/16 |
| 11,365,954 | B2 | * | 6/2022 | Gerber ............ F41G 11/003 |
| 2006/0162227 | A1 | * | 7/2006 | Samson ............ F41G 11/008 42/148 |
| 2008/0092421 | A1 | | 4/2008 | Beckmann |
| 2011/0296732 | A1 | | 12/2011 | Carlson et al. |
| 2012/0060402 | A1 | | 3/2012 | Dueck |
| 2013/0160345 | A1 | | 6/2013 | Li et al. |
| 2013/0185985 | A1 | * | 7/2013 | Ballard ................ F41G 1/00 42/148 |
| 2014/0123532 | A1 | * | 5/2014 | Russ .................... F41G 1/38 42/113 |
| 2014/0137457 | A1 | | 5/2014 | Collin et al. |
| 2014/0150324 | A1 | * | 6/2014 | Keng .................... F41G 1/30 42/118 |
| 2015/0345901 | A1 | * | 12/2015 | Cheng ................ F41G 33/08 42/111 |
| 2016/0209176 | A1 | | 7/2016 | Zimmer |
| 2018/0180386 | A1 | * | 6/2018 | Keller ................ F41G 1/065 |
| 2018/0195838 | A1 | * | 7/2018 | Storch .............. F41G 11/001 |
| 2022/0113114 | A1 | * | 4/2022 | Humphries .............. F41G 1/01 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12





## FIG. 13





FIG. 14



FIG. 15



**FIG. 16**



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21

FIG. 22



FIG. 23

US 12,287,178 B2

1

# MOUNTS FOR OPTICAL SIGHTING DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a divisional application claiming the benefit of U.S. patent application Ser. No. 16/375,906, filed on Apr. 5, 2019, which claims the benefit of U.S. Provisional Application Ser. No. 62/652,931, filed on Apr. 5, 2018, the entireties of both applications are incorporated herein by reference.

## TECHNICAL FIELD

This disclosure relates to mounts for optical sighting devices. In particular, the present disclosure is directed to implementations of an optical sight mount that includes an integrated backup sighting system and implementations of a pivot mount that permit an optical sighting device to be selectively employed in series with a primary optical sighting device.

## BACKGROUND

Firearms, such as rifles, are often used in conjunction with an optical sighting device, such as a reflex sight or a telescopic sight. While optical sighting devices are widely used by warfighters, police, and civilians as a primary sighting system, many users still desire to position mechanical sights on their firearm that serve as a backup sighting system should the primary sighting system fail. These mechanical sights, typically referred to as "iron sights", are often selectively adjustable by the user so that fired bullets strike as close as possible to a point of aim.

A rifle equipped with an optical sighting device, such as a reflex sight or a telescopic sight, is often used in combination with a secondary optical sighting device, such as a magnifier or a night vision device. These secondary optical sighting devices are usually positioned to enhance the capabilities of the primary sighting system (e.g., a magnifier used in conjunction with a reflex sight) or to serve as a backup sighting system should the primary fail, or otherwise be rendered inoperable (e.g., an optical sighting device, such as a reflex sight, that it laterally offset from the primary optical sighting device, such as a telescopic sighting device).

It is often desirable to rapidly position a secondary optical sighting device, such as a magnifier, for use with a primary sighting system, such as a reflex sight. Similarly, it is desirable to rapidly reposition such a sighting deice out of the way, or remove it, when it is not needed. For those reasons, secondary optical sighting devices, such as magnifiers, are often positioned on a rifle by a mount that allows the optical sighting device to be selectively positioned behind (or in series with) the primary sighting system. Many of these mounts allow the secondary optical sighting device to be laterally offset while not being used. However, as will be discussed in greater detail below, mounts configured to laterally offset the optical sighting device when not in use have several disadvantages.

Accordingly, it can be seen that needs exist for the mounts for optical sighting devices disclosed herein. It is to the provision of mounts for optical sighting devices that are configured to address these needs, and others, that the present invention(s) are primarily directed.

## SUMMARY OF THE INVENTION

Disclosed are implementations of a pivot mount for an optical sighting device. A sight support member of the pivot mount is movable between an operative position, wherein an optical sighting device can be used to sight the firearm on a target, and an inoperative position, wherein the optical sighting device is positioned below and vertically offset from the operative position.

An example pivot mount comprises a base configured to releasably engage a mounting interface, and a sight support member rotatably coupled to the base. The sight support member includes a pivot portion rotatably connected to the base. The pivot portion is configured to rotate about a horizontal axis that is parallel to the sighting axis of the firearm. The sight support member is configured to move an attached optical sighting device between a first position, in which the attached optical sighting device is in a use position, and a second position, in which the attached optical sighting device is in a storage position. Both the first and second positions are laterally offset to one side of the horizontal axis about which the pivot portion rotates, with the second position being vertically offset below the first position.

Another example pivot mount comprises a base configured to releasably engage a mounting interface of a firearm; and an optical sighting device rotatably coupled to the base by at least one sight support member. The at least one sight support member is configured to move the optical sighting device between two positions located over the mounting interface and on substantially the same vertical plane.

Also disclosed is a non-pivoting optical sight mount. An example of this optical sight mount comprises a base configured to releasably engage the mounting interface, and a sight support member slidably coupled to the base. The sight support member is configured to linearly move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm, and a second position, in which the optical sighting device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an exploded view of an example optical sight mount with an integrated backup sighting system 100 according to the principles of the present disclosure.

FIG. 2 illustrates a back side view of the optical sight mount 100 shown in FIG. 1, wherein an optical sighting device 105 has been secured thereto.

FIG. 3 illustrates a right side view of the optical sight mount 100 shown in FIG. 2.

FIG. 4 illustrates an exploded view of an example pivot mount 200 for an optical sighting device according to the principles of the present disclosure.

FIG. 5 illustrates a back side view of the pivot mount 200 shown in FIG. 4, wherein an attached optical sighting device 205 is in the operative position.

FIG. 6 illustrates a right side view of the pivot mount 200 shown in FIG. 5.

FIGS. 7-9 illustrates the optical sight mount 100 shown in FIG. 2 and the pivot mount 200 shown in FIG. 5 positioned in tandem on the mounting interface 102 of a firearm; the optical sighting device 205 held by the pivot mount 200 is aligned with the sighting axis of the optical sighting device 105 secured to the optical sight mount 100.

FIGS. 10-12 illustrates the optical sight mount 100 shown in FIG. 2 and the pivot mount 200 shown in FIG. 5 positioned in tandem on the mounting interface 102 of a firearm; the optical sighting device 205 held by the pivot

US 12,287,178 B2

3

mount 200 has been vertically offset from the sighting axis of the optical sighting device 105 secured to the optical sight mount 100.

FIGS. 13 and 14 illustrates an exploded view of another example optical sight mount 300 according to the principles of the present disclosure.

FIG. 15 illustrates a top view of the optical sight mount 300 shown in FIGS. 13 and 14.

FIG. 16 illustrates a back side view of the optical sight mount 300 shown in FIGS. 13 and 14, wherein an optical sighting device 305 has been secured thereto.

FIG. 17 illustrates a right side view of the optical sight mount 300 shown in FIG. 16.

FIGS. 18 and 19 illustrates an exploded view of yet another example optical sight mount 400 according to the principles of the present disclosure.

FIG. 20 illustrates a perspective view of the optical sight mount 400 shown in FIGS. 18 and 19, wherein a telescopic sighting device 405 has been attached to the optical sight mount 400 by the scope rings 420 and another optical sighting device 490 has been secured to the laterally offset mount 460.

FIG. 21 illustrates a back side view of the optical sight mount 400 shown in FIG. 20.

FIG. 22 illustrates still yet another example optical sight mount 500 according to the principles of the present disclosure, wherein an attached optical sighting device 505 is in the operative position.

FIG. 23 illustrates the optical sight mount 500 shown in FIG. 22, wherein the attached optical sighting device 505 is in the inoperative position.

Like reference numerals refer to corresponding parts throughout the several views of the drawings.

DETAILED DESCRIPTION

FIGS. 1-3 illustrate an example implementation of an optical sight mount with an integrated backup sighting system 100 according to the principles of the present disclosure. The optical sight mount 100 is configured to position an optical sighting device 105 (e.g., a reflex sight such as an Aimpoint® CompM5, or a holographic sight) on a firearm (e.g., a rifle) so that it can be used to aim the firearm. Further, the backup sighting system can be used to aim the firearm should the optical sighting device 105 fail, or is otherwise be rendered inoperable.

FIGS. 4-6 illustrate an example implementation of a pivot mount 200 for optical sighting devices (e.g., a telescope or magnifier, a night vision device, a thermal imager, etc.) according to the principles of the present disclosure. In some implementations, the pivot mount 200 is moveable between an operative position wherein an optical sighting device 205 (e.g., an Aimpoint® magnifier) can be used to sight the firearm on a target (see, e.g., FIGS. 7-9) and an inoperative position wherein the optical sighting device 205 is positioned below, or vertically offset from, the operative position (see, e.g., FIGS. 10-12).

FIGS. 7-12 illustrate how the optical sight mount 100 and the pivot mount 200 may be used to position a pair of optical sighting devices 105, 205 in tandem (or in series) on a firearm. In some implementations, when the pivot mount 200 is in the operative position, the secondary optical sighting device 205 may be used in conjunction with the primary optical sighting device 105 to aim the firearm at a target (see, e.g., FIGS. 7-9). In some implementations, when the pivot mount 200 is in the inoperative position, the secondary optical sighting device 205 is removed from

4

behind the primary optical sighting device 105 which can still be used to aim the firearm at a target (see, e.g., FIGS. 10-12).

In some implementations, an optical sighting device secured to the optical sight mount 100 and an optical sighting device secured to the pivot mount 200, independent of the other, may be used to aim a firearm.

As shown in FIGS. 1-3, in some implementations, the optical sight mount 100 may comprise a base 110 configured to be secured to, or removed from, a mounting interface 102 of a firearm (e.g., a MIL-STD-1913 rail); a mounting surface 120 configured so that an optical sighting device 105 can be secured thereon; and a backup sighting system positioned within a longitudinally extending sight channel 130 located between the base 110 and the mounting surface 120. In some implementations, the body 107 of the optical sight mount 100 may be substantially rectangular-shaped.

As shown in FIGS. 1 and 2, in some implementations, the base 110 of the optical sight mount 100 may comprise a moveable clamp member 112 that can be moved into and out of engagement with the mounting interface 102 of a firearm (e.g., a MIL-STD-1913 rail) by a pair of bolts 114. In this way, the optical sight mount 100 can be secured and retained on the mounting interface 102 of a firearm (see, e.g., FIGS. 7 and 8). In some implementations, the clamp member 112 is connected to the base 110 by bolts 114, each of which is threaded at its end to permit adjustment of the distance between the receiving groove 116 of the base 110 and the receiving groove 112a of the clamp member 112. In some implementations, the receiving groove 116 of the base 110 and the receiving groove 112a of the clamp member 112 are configured to receive opposing portions of the mounting interface 102 therein.

The clamping mechanism used to secure the base 110 of an optical sight mount 100 to a mounting interface 102 of a firearm is not critical to the design of the present invention. Therefore, the base 110 of an optical sight mount 110 could be configured to include another clamping mechanism, known to one of ordinary skill in the art, that is capable of releasably securing the optical sight mount 100 to the mounting interface 102 of a firearm (e.g., an embodiment of the locking release clamp assembly disclosed in U.S. Pat. No. 8,578,647 to Troy Storch et al.).

As shown in FIG. 1, in some implementations, the mounting surface 120 of the optical sight mount 100 may comprise a relief (or channel) configured to receive at least a portion of an optical sighting device 105 therein. In some implementations, the mounting surface 120 may not include a relief (not shown). In some implementations, the mounting surface 120 may be configured (e.g., contoured, shaped, etc.) to interface with the mount compatible surface (e.g., the bottom side) of any suitably configured optical sighting device. In some implementations, the mounting surface 120 may include one or more openings 122 that extend therethrough. In this way, fasteners 124 (e.g., screws) may be used to secure an optical sighting device 105 to the mounting surface 120 of the optical sight mount 100. In some implementations, the mounting surface 120 may include at least one recoil lug 126 thereon. In some implementations, each recoil lug 126 may be a projection extending from the mounting surface 120 of the optical sight mount 100 that is configured to interface with a receptacle in the underside of the optical sighting device 105. In this way, an attached optical sighting device may be prevented from sliding back-and-forth due to the incidental vibration associated

US 12,287,178 B2

5

with the discharge of a firearm. In some implementations, the mounting surface **120** may not have a recoil lug **126** thereon.

As shown in FIGS. **1** and **2**, in some implementations, the backup sighting system may comprise a windage adjustable rear sight assembly and an elevation adjustable front sight assembly that are positioned within the longitudinally extending sight channel **130** of the optical sight mount **100**. In some implementations, the backup sighting system may be used to aim a firearm in lieu of the optical sighting device **105**.

As shown in FIG. **1**, in some implementations, the rear sight assembly may include a windage adjustable rear sight **132** positioned within a slot of the longitudinally extending sight channel **130** by a windage adjustment screw **136** that extends therethrough. In some implementations, the rear sight **132** defines a sighting aperture, but could be configured to provide a notch. In some implementations, the windage adjustment screw **136** includes an adjustment knob **138** (or head) that has a partially threaded shaft extending therefrom. In some implementations, the shaft of the windage adjustment screw **136** extends through the optical sight mount **100** via an opening **137** in the body **107** of the optical sight mount **100**. In some implementations, the windage adjustment screw **136** may be fixed in positioned by a capture pin **139**, or other suitable fastener, extending through an opening **128** in the body **107** of the optical sight mount **100** to interface with a circumferential groove **136a** on an end thereof. In some implementations, a wave spring **140** may be positioned about, or adjacent to, the circumferential groove **136** of the windage adjustment screw **100** to provide tension thereto. In some implementations, the adjustment knob **138** of the windage adjustment screw **136** includes detent cavities **138a** about the periphery thereof that interface with a detent ball **142** biased by a detent spring **144** housed within a transverse bore **146** in the optical sight mount **100**. In this way, the adjustment knob **138** may be kept from unintentionally rotating. In some implementations, the detent ball **142** and detent spring **144** may be held within the transverse bore **146** by a set screw **147**, or other suitable fastener. In some implementations, rotating the adjustment knob **138** clockwise and counterclockwise causes the rear sight **132** to move laterally, within the sight channel **130**, on the threaded shaft of the windage adjustment screw **136**. In this way, windage adjustments may be made.

As shown in FIGS. **1** and **2**, in some implementations, the front sight assembly may include a threaded front sight **134** positioned within the longitudinally extending sight channel **130** so that the post portion **134a** thereof can be aligned with the aperture of the rear sight **132**. In some implementations, the front sight **134** may include a socket in the underside thereof (not shown) that is configured to receive an end of a hex key therein. In some implementations, a hex key may be used to rotate the front sight **134** clockwise and counterclockwise, thereby moving the post portion **134a** up and down within the sight channel **130**. In this way, elevation adjustments may be made. In some implementations, once the desired elevation of the front sight post **134a** has been set, a capture screw **148** may be used to secure the front sight **134** against unintentional rotation. In some implementations, the capture screw **148** may be configured so that an end thereof bears against the threaded portion **134b** of the threaded front sight **134**.

In some implementations, the front sight assembly may be omitted from the optical sight mount **100** and the rear sight

6

assembly thereof used in conjunction with a front sight mounted above (e.g., on the handguard), or to, the barrel to aim a firearm (not shown).

As shown in FIGS. **7** and **8**, in some implementations, the optical sight mount **100** may be configured to position the optical sighting device **105** so that the centerline thereof is −2.26" above the top of the mounting interface **102** on which it is mounted. In some implementations, the optical sight mount **100** may be configured to position the optical sighting device **105** so that the centerline thereof is less than, or more than, 2.26" above the top of the mounting interface **102** on which it is mounted (not shown).

In some implementations, the body **107** of the optical sight mount **100** may be made of aluminum, or another material that is suitably wear and impact resistant.

In some implementations, one or more components of the backup sighting system may be made of aluminum, steel, or another material that is suitably wear and impact resistant.

As shown in FIGS. **4-6**, in some implementations, the pivot mount **200** for optical sighting devices may comprise a base **210** that can be secured to, or removed from, a mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail); and a sight support member **226**, rotatably coupled to the base **210**, that is configured to move an attached optical sighting device **205** between an operative position (see, e.g., FIGS. **7-9**) and an inoperative position (see, e.g., FIGS. **10-12**). In some implementations, the pivot mount **200** may be configured so that the sight support member **226** moves the attached optical sighting device **205** between two positions on the same, or substantially the same, vertical plane. In this way, when in the operative position and the inoperative position, the optical sighting device **205** is positioned directly above the mounting interface **102** of a firearm on which it is mounted (see, e.g., FIGS. **9** and **12**).

As shown in FIG. **5**, in some implementations, the base **210** of the pivot mount **200** may be shaped for mounting on a MIL-STD-1913 rail (also referred to as a Pica tinny rail). In some implementations, the base **210** of the pivot mount **200** may comprise a clamp member **212** that can be moved into and out of engagement with the mounting interface **102** of a firearm (e.g., a MIL-STD-1913 rail) by a lever arm **214**. The general features and advantages of a base **210** having the clamp member **212** and lever arm **214** disclosed herein are described in connection with one or more embodiments of the locking release clamp assembly disclosed in U.S. Pat. No. 8,578,647 to Troy Storch et al., the entirety of which is incorporated herein by reference.

The clamping mechanism used to secure the base **210** of a pivot mount **200** to a mounting interface **102** of a firearm is not critical to the design of the present invention. Therefore, the base **210** of a pivot mount **200** could be configured to include another clamping mechanism, known to one of ordinary skill in the art, that is capable of securing the pivot mount **200** to the mounting interface **102** of a firearm (e.g., the clamping mechanism shown in connection with the optical sight mount shown in FIGS. **1-3**).

As shown in FIG. **4**, in some implementations, a pair of spaced pivot bosses **216**, **218** project upwardly from the base **210** of the pivot mount **200**. In some implementations, each pivot boss **216**, **218** includes a bore **216a**, **218a** into which a portion of a pivot pin **220** extends. In some implementations, the pivot pin **220** includes a head that has a partially threaded shaft extending therefrom. In some implementations, the head portion of the pivot pin **220** is nested within the bore **216a** of the first pivot boss **216**, while the threaded portion of the shaft is secured within the threaded bore **218a**

US 12,287,178 B2

7

of the second pivot boss **218**. In some implementation, the pivot bosses **216**, **218** define a space, or gap **224**, therebetween.

As shown in FIGS. **4** and **6**, in some implementations, the sight support member **226** may comprise a pivot portion **228** and a sight attachment device **230** configured to fit closely about a cylindrical barrel portion of the optical sighting device **205**.

As shown in FIGS. **4-6**, in some implementations, the pivot portion **228** of the sight support member **226** is configured to be rotatably positioned between the pivot bosses **216**, **218** of the base **210** and held there by the pivot pin **220**. In some implementations, a bore **229** extends through the pivot portion **228** of the sight support member **226** that is configured to accommodate the unthreaded portion of the pivot pin **220** shaft. In this way, while the pivot pin **220** is holding the pivot portion **229** of the sight support member **226** in position between the pivot bosses **216**, **218** of the base **210**, the sight support member **226** can rotate about the unthreaded portion of the pivot pin **220** shaft.

As shown in FIGS. **4** and **6**, in some implementations, the sight attachment device **230** of the sight support member **226** may define ring sections **234**a, **234**b that define a generally cylindrical opening **236** sized to fit closely about the cylindrical barrel portion of the optical sighting device **205**. In some implementations, the ring sections **234**a, **234**b of the sight attachment device **230** may define a gap **238** therebetween. In some implementations, screws **240**, or other suitable fasteners, may be received within openings **242** in the sight support member **224** and tightened to draw the portions of the ring sections **234**a, **234**b adjacent the gap **238** towards one another, thereby developing a clamping force sufficient to secure the optical sighting device **205** against inadvertent movement within the cylindrical opening **236**. In some implementations, the ring sections **234**a, **234**b are somewhat flexible even through they are fabricated from a metal material such as aluminum, or another suitably flexible metal alloy (e.g., a steel alloy, a titanium alloy, etc.).

In some implementations, the sight attachment device **230** of the sight support member **226** may be configured to accommodate different optical sighting devices (e.g., a night vision device and/or a thermal imager) being secured thereto (not shown).

As shown in FIG. **4**, in some implementations, the pivot mount **200** further comprises a pair of spring-loaded ball detents **246** configured to releasably retain the sight support member **226** in the operative position (see, e.g., FIGS. **7-9**) and the inoperative position (see, e.g., FIG. **10-12**). In some implementations, each ball detent **246**, and the spring **248** used to bias it into position, is carried in the pivot portion **228** of the sight support member **226**. In some implementations, each ball detent **246** is received in a pair of corresponding recesses **252** formed in a detent plate **250** positioned on the interior side of each pivot boss **216**, **218**. In this way, due to the resistance provided by the ball detents **246** being held in frictional engagement with a recess of each detent plate **250**, the spring-loaded ball detents **246** are able to secure the sight support member **226** in the operative position (see, e.g., FIGS. **7-9**) and the inoperative position (see, e.g., FIG. **10-12**). The movement of the sight support member **226** relative to the base **210** and the mounting interface **102** can be accomplished without manipulation of a latch, lever, or other similar device. In some implementations, the detent plate **250** may include a guide groove that connects the pair of recesses **252** defined thereby. The guide groove is configured to facilitate the smooth transition of a ball detent **246** between recesses **252**. In some implemen-

8

tations, the backside of each detent plate **250** may include two cylindrical bosses **254** that are received by corresponding openings **256** found on the interior side of each pivot boss **216**, **218**. In this way, a detent plate **250** may be positioned on the interior side of each pivot boss **216**, **218** to interface with the spring-loaded ball detents **246**. In some implementations, each detent plate **250** may be made of steel, or another suitably wear resistant material, instead of aluminum. This should increase the service life of the part.

In some implementations, the base **210** and the sight support member **226** of the pivot mount **200** may be made of aluminum, or another material that is suitably wear and impact resistant.

It should be noted that keeping the optical sighting device **205** positioned above the mounting interface **102** of a firearm when not in use (i.e., the inoperative position) offers several advantages over other pivot mounts in which the optical sighting device, when not in use, is laterally offset from the mounting interface. For example, as compared to a laterally offset optical sighting device, the front lens of the optical sighting device **205** is less likely to impact another object, the optical sighting device **205** is less likely to tangle or get hung up on environmental obstacles during use, and the optical sighting device **205** does not obstruct the peripheral vision of the operator using the firearm to which the pivot mount **200** is attached.

In some implementations, a pivot mount could be configured so that the pivot point between the sight support member and the base is perpendicular to the longitudinal axis of the firearm on which the pivot mount is secured. In this way, an attached optical sighting device would travel along a longitudinally extending vertical plane when moved between the operative position and the inoperative position.

FIGS. **13-17** illustrate another example implementation of an optical sight mount **300** according to the principles of the present disclosure. In some implementations, the optical sight mount **300** is similar to the optical sight mount **100** discussed above but comprises a base **310** configured to be secured to, or removed from, a mounting interface of a firearm (e.g., a MIL-STD-1913 rail); a mounting surface **320** configured so that an optical sighting device **305** can be secured thereon; and a laterally offset rear sight module **360** that is removably secured to a side of the optical sight mount **300**.

As shown in FIGS. **13** and **14**, in some implementations, the base **310** of the optical sight mount **300** may be similar to the base **110** of the optical sight mount **100** shown in FIGS. **1-3**, but has been configured so that the bolts **314**, used to move the clamp member **312** into and out of engagement with the mounting interface of a firearm, can be used to secured the rear sight module **360** to a side of the optical sight mount **300**.

As shown in FIGS. **13-15**, in some implementations, the mounting surface **310** of the optical sight mount **300** may be a rail interface (e.g., a MIL-STD-1913 rail or "Pica tinny rail"). In this way, an optical sighting device **305** (e.g., a holographic sight such as an EOTech® weapon sight) may be secured thereon (see, e.g., FIG. **16**).

As shown in FIGS. **13** and **14**, in some implementations, the rear sight module **360** may comprise a base **362** configured to interface with receptacles **364** in the side of the optical sight mount **300**; and a windage adjustable rear sight assembly **366**. In some implementations, independent of the bolts **314** used to move the clamp member **312** into and out of engagement with the mounting interface of a firearm, the rear sight module **360** may be independently secured to the side of the optical sight mount **300** by a screw **368**, or other

US 12,287,178 B2

9

10

suitable fastener. In this way, the rear sight module 360 remains fixed to the side of the optical sight mount 300 when the bolts 314 are loosened.

As shown in FIGS. 13 and 14, in some implementations, the base 362 of the rear sight module 360 may include two bosses 370 extending therefrom that are configured to be received within corresponding receptacles 364 located on the side of the optical sight mount 300. In some implementations, each boss 363 extending from the base 362 may have a cylindrical shape, but could be any shape suitable for being received by the corresponding receptacle 364. In some implementations, an opening 372 may extend through the base 362 of the rear sight module 360 for each bolt 314 used to secure it to the interface (i.e., receptacles 364) on the side of the optical sight mount 300. In some implementations, one of these openings 372 may extend through each boss 363 of the base 362.

As shown in FIGS. 13 and 17, the rear sight assembly 366 includes a windage adjustable rear sight 374 that is configured to fold. In some implementations, the rear sight 374 may not be configured to fold. In some implementations, the rear sight 374 defines a sighting aperture, but could be configured to provide a notch. Similar to the windage adjustable rear sight 132 shown in FIGS. 1-3, the rear sight 374 may be positioned on the rear sight module 360 by a windage adjustment screw that includes an adjustment knob 376 (or head) (see, e.g., FIG. 17). Likewise, rotating the adjustment knob 376 clockwise and counterclockwise causes the rear sight 374 to move laterally, within the sight channel 330, on the threaded shaft of the windage adjustment screw.

As shown best in FIG. 16, the rear sight module 360 is 45 degrees offset from the top 320a of the mounting surface 320, but the degree of lateral offset could be more, or less, than 45 degrees. Typically, the rear sight 374 of the rear sight assembly 366 would be used in conjunction with an offset front sight assembly, well known to those of ordinary skill in the art, to aim the firearm on which the optical sight mount 300 is secured.

In some implementations, similar to the optical sight mount 100 shown in FIGS. 1-3, the optical sight mount 300 could be used in conjunction with one or more implementations of the pivot mount 200 shown in FIGS. 4-6.

FIGS. 18-21 illustrate yet another example implementation of an optical sight mount 400 according to the principles of the present disclosure. In some implementations, the optical sight mount 400 is similar to the optical sight mount 300 discussed above, but comprises a base 410 configured to be secured to, or removed from, a mounting interface of a firearm; scope rings 420 that are configured to receive and engage with a telescopic sighting device 405; and a laterally offset mount 460 for an optical sighting device 490 (e.g., a reflex type sight such as a Trijicon RMR®).

As shown in FIGS. 18-21, in some implementations, the base 410 of the optical sight mount 400 is the same as, or similar to, the base 310 discussed above in connection with the optical sight mount 300 shown in FIGS. 13-17.

As shown in FIGS. 18 and 19, in some implementations, the scope rings 420 extend from a longitudinally extending bridge 423 which may be an integral portion of the base 410. While conventional scope rings 420 are shown and described, the scope rings 420 could be replaced by any conventional attachment device, known to one of ordinary skill in the art, suitable for securing an optical sighting device to the optical sight mount 400.

As shown in FIG. 19, in some implementations, the lower half 425 of each scope ring 420a, 420b extends from the

bridge 423 of the optical sight mount 400. In some implementations, the upper half 427 of each scope ring 420a, 420b is secured to the lower half 425 by screws, or other suitable fasteners. In some implementations, when the screws are tightened, the upper half 427 and the lower half 425 of a scope ring 420a, 420b are drawn together, thereby developing a clamping force sufficient to secure the telescopic sighting device 405 against longitudinal and rotational movement (see, e.g., FIG. 20).

As shown in FIGS. 18 and 19, in some implementations, the laterally offset mount 460 may comprise a base 462 configured to interface with receptacles 464 in the side of the optical sight mount 400; and a mounting surface 480 configured so that an optical sighting device 490 can be secured thereon.

As shown in FIGS. 18-21, in some implementations, the base 462 of the laterally offset mount 460 may be the same as, or similar to, the base 362 of the rear sight module 360 shown in FIGS. 13-17. As a result, the rear sight module 360 and the laterally offset mount 460 may be interchangeably secured to the interface (i.e., the receptacles 364, 464) located on the side of an optical sighting mount 300, 400. This allows a user to select the auxiliary sighting module (i.e., a rear sight module 360 or a laterally offset mount 460 with an optical sighting device secured thereon) that best suits their needs.

As shown in FIGS. 20 and 21, in some implementations, the mounting surface 480 of the laterally offset mount 460 may be configured (e.g., contoured, shaped, etc.) to interface with the mount compatible surface (e.g., the bottom side) of any suitably configured optical sighting device. In some implementations, the mounting surface 480 may include one or more threaded openings 482 therein. In this way, fasteners (not shown) may be used to secure the optical sighting device 490 to the mounting surface 480 of the laterally offset mount 460. In some implementations, the mounting surface 480 may include one or more recoil lugs 426 thereon. In some implementations, each recoil lug 426 may be a projection extending from the mounting surface 480 of the laterally offset mount 460 that is configured to interface with a receptacle in the underside of the optical sighting device 490. In this way, the optical sighting device 490 may be prevented from sliding back-and-forth due to the incidental vibration associated with the discharge of a firearm. In some implementations, the mounting surface 480 may not have a recoil lug 426 thereon.

FIGS. 22 and 23 illustrate still yet another example implementation of an optical sight mount 500 according to the principles of the present disclosure. In some implementations, the optical sight mount 500 is similar to the pivot mount 200 discussed above but comprises a base 510 configured to be secured to, or removed from, a mounting interface of a firearm (e.g., a MIL-STD-1913 rail); and a sight support member 526, slidably coupled to the base 510, that is configured to move an attached optical sighting device 505 (e.g., an Aimpoint® magnifier) between an operative position (see, e.g., FIG. 22) and an inoperative position (see, e.g., FIG. 23).

In some implementations, the sight support member 526 of the optical sight mount 500 is moveable between an operative position wherein an optical sighting device 505 can be used to sight the firearm on a target and an inoperative position wherein the optical sighting device 505 is positioned below, or vertically offset from, the operative position. In some implementations, the optical sight mount 500 may be configured so that the sight support member 526 linearly moves the attached optical sighting device 505

US 12,287,178 B2

11                                                          12

between two positions on the same, or substantially the same, vertical plane. In this way, when in the operative position and the inoperative position, the optical sighting device **505** is positioned above the mounting interface of a firearm on which it is mounted.

In some implementations, the base **510** of the optical sight mount **500** may be the same as, or similar to, the base **210** described in connection with the pivot mount **200** shown in FIGS. **4-6**.

In some implementations, the sight support member **526** may be configured to receive and secure the optical sighting device **505**. In some implementations, the sight support member **526** may include an opening configured to secure about the cylindrical barrel portion of the optical sighting device **505** (see, e.g., FIG. **22**).

As shown in FIGS. **22** and **23**, in some implementations, the sight support member **526** may be configured to slide up and down on vertically oriented posts **528** extending from the base **520**. In some implementations, one or more spring-loaded detents may be used to releasably retain the sight support member **226** in the operative position (see, e.g., FIG. **22**) and the inoperative position (see, e.g., FIG. **23**). It should be understood that, in some implementations, any releasable fastening mechanism known to one of ordinary skill in that art, that is suitable for us as part of an optical sight mount **500**, could be used in lieu of spring-loaded detents.

In some implementations, similar to the pivot mount **200**, the optical sight mount **500** could be used in conjunction with one or more implementations of the optical sight mounts **100**, **300** shown in FIGS. **1-3** and **13-15**.

Reference throughout this specification to "an embodiment" or "implementation" or words of similar import means that a particular described feature, structure, or characteristic is included in at least one embodiment of the present invention. Thus, the phrase "in some implementations" or a phrase of similar import in various places throughout this specification does not necessarily refer to the same embodiment.

Many modifications and other embodiments of the inventions set forth herein will come to mind to one skilled in the art to which these inventions pertain having the benefit of the teachings presented in the foregoing descriptions and the associated drawings.

The described features, structures, or characteristics may be combined in any suitable manner in one or more embodiments. In the above description, numerous specific details are provided for a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that embodiments of the invention can be practiced without one or more of the specific details, or with other methods, components, materials, etc. In other instances, well-known structures, materials, or operations may not be shown or described in detail.

While operations are depicted in the drawings in a particular order, this should not be understood as requiring that such operations be performed in the particular order shown or in sequential order, or that all illustrated operations be performed, to achieve desirable results.

The invention claimed is:

**1**. An optical sight mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the optical sight mount comprising:
  a base configured to releasably engage the mounting interface; and
  a sight support member slidably coupled to the base;
  wherein the sight support member is configured to linearly move the optical sighting device between a first position, in which the optical sighting device is aligned with the sighting axis of the firearm, and a second position, in which the optical sighting device is vertically offset below the sighting axis of the firearm and positioned over the mounting interface.

**2**. The pivot mount of claim **1**, wherein the sight support member further comprises a sight attachment device configured to secure the optical sighting device to the sight support member.

**3**. The pivot mount of claim **1**, wherein the base comprises vertically oriented posts, and the sight support member is configured to slide up and down on the vertically oriented posts.

**4**. A pivot mount for securing an optical sighting device to a mounting interface aligned with a sighting axis of a firearm, the pivot mount comprising:
  a base configured to releasably engage the mounting interface; and
  a sight support member rotatably coupled to the base;
  wherein:
  the sight support member includes a pivot portion rotatably connected to the base;
  the pivot portion is configured to rotate about a horizontal axis that is parallel to the sighting axis of the firearm; and
  the sight support member is configured to move an attached optical sighting device between a first position, in which the attached optical sighting device is in a use position, and a second position, in which the attached optical sighting device is in a storage position, both the first and the second positions being laterally offset to one side of the horizontal axis about which the pivot portion rotates, with the second position being vertically offset below the first position.

**5**. The pivot mount of claim **4**, wherein both the first and the second positions of the sight support member place the optical sighting device over the mounting interface.

*    *    *    *    *

# EXHIBIT 3
# (Design Patent No. D995,701)



US00D995701S

(12) **United States Design Patent**
Zimmer et al.

(10) Patent No.: **US D995,701 S**
(45) Date of Patent: ** **Aug. 15, 2023**

(54) **MAGNIFIER MOUNT**

(71) Applicants: **Trent Zimmer**, Broussard, LA (US); **Blake Gettig**, Youngsville, LA (US)

(72) Inventors: **Trent Zimmer**, Broussard, LA (US); **Blake Gettig**, Youngsville, LA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/828,221**

(22) Filed: **Feb. 24, 2022**

(51) LOC (14) Cl. .............................................. **22-01**

(52) **U.S. Cl.**
USPC ........................................................ **D22/110**

(58) **Field of Classification Search**
USPC ................ D22/108, 109, 110, 199; D16/130
CPC ..... F41G 1/14; F41G 1/38; F41G 1/40; F41G
1/00; F41G 1/22; F41G 11/003
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D286,424 S  *  10/1986  Ekstrand ........................ 362/110
D291,468 S  *   8/1987  Bechtel ......................... D22/110
D293,206 S  *  12/1987  Beaty ............................. D8/395
D414,835 S  *  10/1999  Otteman ..................... D22/100

(Continued)

OTHER PUBLICATIONS

"The Dropping Awesome Unity Tactical Fast FTC Omni Magnifier Mount—TriggrCon 2022" [online], Guns & Tactics. [Published on Oct. 18, 2022]. Retrieved from the Internet: <https://www.youtube.com/watch?v=7qaJ59zTlkY>.*

(Continued)

*Primary Examiner* — Mojtaba Tehrani

(74) *Attorney, Agent, or Firm* — Asgaard Patent Services, LLC; F. Wayne Thompson, Jr.

(57) **CLAIM**

The ornamental design for a magnifier mount, as shown and described.

**DESCRIPTION**

FIG. **1** is a top isometric view of a magnifier mount showing our new design;
FIG. **2** is a bottom isometric view of the magnifier mount shown in FIG. **1**;
FIG. **3** is a front elevational view of the magnifier mount shown in FIG. **1**;
FIG. **4** is a right side elevational view of the magnifier mount shown in FIG. **1**;
FIG. **5** is a rear elevational view of the magnifier mount shown in FIG. **1**;
FIG. **6** is a left side elevational view of the magnifier mount shown in FIG. **1**;
FIG. **7** is a top plan view of the magnifier mount shown in FIG. **1**;
FIG. **8** is a bottom plan view of the magnifier mount shown in FIG. **1**;
FIG. **9** is a top isometric view of the magnifier mount shown in FIG. **1**, wherein the arm of the magnifier mount is shown in the stowed position;
FIG. **10** is a bottom isometric view of the magnifier mount shown in FIG. **9**;
FIG. **11** is a front elevational view of the magnifier mount shown in FIG. **9**;
FIG. **12** is a right side elevational view of the magnifier mount shown in FIG. **9**;
FIG. **13** is a rear elevational view of the magnifier mount shown in FIG. **9**;
FIG. **14** is a left side elevational view of the magnifier mount shown in FIG. **9**;
FIG. **15** is a top plan view of the magnifier mount shown in FIG. **9**; and,
FIG. **16** is a bottom plan view of the magnifier mount shown in FIG. **9**.
The broken lines represent portions of the magnifier mount that form no part of the claimed design.

**1 Claim, 16 Drawing Sheets**



## US D995,701 S

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D422,045 | S  * | 3/2000 | Fell | D22/100 |
| 8,935,875 | B2 * | 1/2015 | Collin | F41G 11/003 |
| | | | | 42/124 |
| 10,989,499 | B2 * | 4/2021 | Connolly | F41G 11/008 |
| D954,169 | S  * | 6/2022 | Zimmer | D22/109 |
| 2013/0036650 | A1 * | 2/2013 | Larue | F41G 11/003 |
| | | | | 42/148 |
| 2013/0055614 | A1 * | 3/2013 | Finnegan | F41C 27/00 |
| | | | | 42/90 |
| 2014/0003862 | A1 * | 1/2014 | Shi | F16M 11/041 |
| | | | | 403/322.4 |
| 2017/0343319 | A1 * | 11/2017 | Galli | F41G 1/35 |
| 2020/0064102 | A1 * | 2/2020 | Galli | H05B 45/00 |
| 2022/0074700 | A1 * | 3/2022 | Zimmer | F41A 35/00 |
| 2023/0096361 | A1 * | 3/2023 | Itshaky | F41G 11/003 |
| | | | | 42/90 |
| 2023/0135474 | A1 * | 5/2023 | Fackler | F41G 11/003 |
| | | | | 42/111 |

OTHER PUBLICATIONS

"Optic Mounts" [online]. Unitytactical.com. [Retrieved on May 6, 2023]. Retrieved from the Internet: <https://www.unitytactical.com/product-category/fast-mounts/>.*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16